**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Enor Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 22-2220430 |

4. **Debtor's address**

**Principal place of business**

**245 Livingston Street**
**Northvale, NJ 07647**
Number, Street, City, State & ZIP Code

**Bergen**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

---

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?     _____

                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency    _____

        Contact name         _____

        Phone                _____

---

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | | |
|---|---|---|---|
| | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ■ 200-999 | | |

---

| 15. | **Estimated Assets** | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

▓▓▓ **Request for Relief, Declaration, and Signature**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 2, 2015**
               MM / DD / YYYY

X **/s/ Steven Udwin**                            **Steven Udwin**
Signature of authorized representative of debtor    Printed name

Title _____

---

**18. Signature of attorney**

X **/s/ Jeffrey A. Cooper**                       Date **December 2, 2015**
Signature of attorney for debtor                       MM / DD / YYYY

**Jeffrey A. Cooper**
Printed name

**Rabinowitz, Lubetkin & Tully, LLC**
Firm name

**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone  **973-597-9100**      Email address _____

**6267**
Bar number and State

## CORPORATE RESOLUTION
## OF ENOR CORPORATION

We, the undersigned directors of Enor Corporation (the "Company"), hereby confirm the

adoption by the Board of Directors of the Company of the following resolutions at a duly called

special meeting of the Board of Directors of the Company held on November 25, 2015:

> BE IT RESOLVED that Enor Corporation (the "Company") is authorized
> to institute a Chapter 11 bankruptcy filing in the United States Bankruptcy Court
> for the District of New Jersey; and

> BE IT FURTHER RESOLVED that the Company is authorized to retain
> the firm of Rabinowitz, Lubetkin & Tully, LLC to act as its bankruptcy counsel in
> connection with such Chapter 11 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned have executed this Resolution as of this

_____ day of _____, 2015.

_____
Steven C. Udwin, Director

_____
David Iarica, Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Enor Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December  2, 2015**        X **/s/ Steven Udwin**
                                                                    Signature of individual signing on behalf of debtor

                                                              **Steven Udwin**
                                                              Printed name

                                                              _____
                                                              Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Enor Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AIG Insurance (WC) 22427 Network Place Chicago, IL 60673 | | | | | | $21,511.00 |
| Borough Of Northvale 116 Paris Avenue Northvale, NJ 07647 | | | | | | $33,211.15 |
| Color Carton Corporation 341 Canal Place Bronx, NY 10451 | | | | | | $100,036.85 |
| Colorco 1261 W.Elizabeth Avenue Linden, NJ 07036 | | | | | | $67,394.75 |
| H. Muehlstein & Co. Inc. PO Box 25084 Lehigh Valley, PA 18002 | | | | | | $686,577.28 |
| Haynsworth Boyd 134 Meeting St # 300 Charleston, SC 29401 | | | | | | $49,194.62 |
| Jack Pedowitz Machinery Movers 3240 Lawrence Avenue Oceanside, NY 11572 | | | | | | $57,500.00 |
| JW Hampton Jr. & Co. 161-15 Rockaway Blvd. Jamaica, NY 11434 | | | | | | $182,549.71 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Enor Corporation** | Case number *(if known)* | |
|--------|----------------------|---------------------------|--|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lakeland Bank Mortgage 250 Oak Ridge Road Oak Ridge, NJ 07438 | | | | | | $32,007.24 |
| Lehigh Polymers 11 McFadden Rd Easton, PA 18045 | | | | | | $109,391.60 |
| PSE&G 400 Victoria Terrace Ridgefield, NJ 07657 | | | | | | $14,471.47 |
| Quality Thermoforming Iinc SC 131 Southchase Blvd Fountain Inn, SC 29644 | | | | | | $81,206.98 |
| Rockland Electric 1 Blue Hill Plaza Pearl River, NY 10965 | | | | | | $31,255.56 |
| TD Bank 1501 Main Street Columbia, SC 29205 | | Accounts Receivable | | $2,250,000.00 | $0.00 | $2,250,000.00 |
| TD Bank 1501 Main Street Columbia, SC 29205 | | Accounts Receivable | | $600,000.00 | $0.00 | $600,000.00 |
| Town of Winnsboro/Utility PO Box 209 Winnsboro, SC 29180 | | | | | | $135,029.38 |
| Viatech Publishing Solutions 4434 Mcewen Rd Dallas, TX 75244 | | | | | | $174,670.38 |
| Victory Box Corporation 645 West 1st Avenue Roselle, NJ 07203 | | | | | | $196,624.72 |
| Walgreens 200 Wilmot Rd Deerfield, IL 60015 | | | | | | $20,918.18 |
| Waste Management 215 Varick Avenue Brooklyn, NY 11237 | | | | | | $16,017.82 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Enor Corporation**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ _____ 248,659.94

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ _____ 248,659.94

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ _____ 2,850,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...................................................... $ _____ 109,693.07

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................ +$ _____ 2,243,024.79

4. **Total liabilities** ..............................................................................
   Lines 2 + 3a + 3b                                                                                $ _____ 5,202,717.86

| Fill in this information to identify the case: |
|---|

Debtor name    **Enor Corporation**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank**<br>**Account ending 6829** | | | $11,346.14 |
| 3.2. | **Valley National Bank**<br>**account ending 8817** | | | $249.80 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $11,595.94 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **245 Livingston, LLC**<br>**245 Livinston Street**<br>**Northvale, New Jersey 07647** | $50,000.00 |
|---|---|---|
| 7.2. | **Rockland Electric Company**<br>**390 West Route 59** | $84,145.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Enor Corporation**
Name
Case number *(If known)* _____

**Spring Valley NY 10977** _____

**140 Walnut Street LLC**
**177 Veterans Dr**
7.3.. **Northvale NJ 07647**                                                  $16,105.00

7.4.. **IRS Form 8752**                                                       $11,814.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                    $162,064.00
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**                    *See Exhibit "A"*

      11a. 90 days old or less:                                    0.00    = ....            Unknown
                        face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                    $0.00
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials**<br>**See Exhibit "B"**<br>**(Book Value $966,619)** | | $0.00 | | Unknown |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

**EXHIBIT A**

Accounts Receivable Schedule

| Customer II | Customer | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| FIV000 | FIVE BELOW | 5,611.20 | 5,611.20 | | | 11,222.40 |
| HAY001 | HAYNEEDLE ACCOUNTS PAYABLE | 751.00 | | | | 751.00 |
| MBI004 | MBI, INC. | 53,000.41 | | | 40.30 | 53,040.71 |
| SUP003 | SUPERVALU INC. | | 21,420.60 | | | 21,420.60 |
| TRU000 | TOYS R US | 79,011.84 | | | | 79,011.84 |
| VIA000 | VIATECH PUB.SOL./BAYSHORE | 5,580.00 | 2,352.00 | 9,408.00 | 48,861.00 | 66,201.00 |
| VID000 | VIDIFORMS COMPANY INC. | 11,207.09 | | | | 11,207.09 |
| WAL002 | WALMART STORES | 161,101.52 | 13,557.73 | 1,423.80 | 1,279.40 | 177,362.45 |
| WALC01 | WAL-MART CANADA CORP | 10,108.69 | | 1,872.30 | 163,913.68 | 175,894.67 |
| **Report Tota** | | **326,371.75** | **42,941.53** | **12,704.10** | **214,094.38** | **596,111.76** |

# EXHIBIT B

**SC INVENTORY**

| TYPE | DESCRIPTION 1 | DESCRIPTION 2 | QUANTITY | UNIT VALUE | TTL VALUE |
|------|---------------|---------------|----------|------------|-----------|
| COMPONENT | ULTRA CATCH | RUBBER BALLS | 313,250 | $0.215 | $67,349 |
| COMPONENT | ULTRA CATCH | VELCRO | 660,600 | $0.149 | $98,429 |
| COMPONENT | ULTRA CATCH | STRAPS | 650,000 | $0.039 | $25,350 |
| COMPONENT | ULTRA CATCH | CLAMSHELL | 22,000 | $0.217 | $4,774 |
| PACKAGING | MINI BOWLING | BAGS | 30,800 | $0.350 | $10,780 |
| PACKAGING | BADMINTON | BAGS | 22,000 | $0.252 | $5,544 |
| COMPONENT | BADMINTON | SHUTTLECOCK | 72,000 | $0.055 | $3,960 |
| PACKAGING | MEGA BOWLING | BAGS | 26000 | $0.770 | $20,020 |
| PACKAGING | JR. BOWLING | BAGS | 2,100 | $0.500 | $1,050 |
| PACKAGING | FAT BAT | CLAMSHELL | 17,200 | $0.133 | $2,288 |
| PACKAGING | FAT BAT | CLAMSHELL (IN NJ) | 48,600 | $0.133 | $6,464 |
| PACKAGING | XXL GOLF | CLAMSHELL | 39,680 | $0.133 | $5,277 |
| PACKAGING | SCOOP & SCORE | CLAMSHELL | 3,450 | $0.125 | $431 |
| PACKAGING | GOLF CADDY | NET | 18,000 | $0.120 | $2,160 |
| PACKAGING | 2 PACK FAT BALLS | NET | 20,000 | $0.020 | $400 |
| PACKAGING | 15" CABLE TIES | | 35,000 | $0.100 | $3,500 |
| COMPONENT | GOLF CADDY PUTTER | | 476,900 | $0.197 | $93,949 |
| COMPONENT | GOLF CADDY 7-IRON | | 453,420 | $0.206 | $93,405 |
| COMPONENT | GOLF CADDY DRIVER | | 533,910 | $0.217 | $115,858 |
| COMPONENT | GOLF CADDY BALLS | | 1,444,000 | $0.026 | $37,544 |
| FINISHED PROD | 48" SNOW SLED | ALBERTSONS | 2,514 | $7.500 | $18,855 |
| FINISHED PROD | SNOW DISC | ALBERTSONS | 4,584 | $3.130 | $14,348 |
| ARTWORK | DOLLARTREE | SCOOP & SCORE | 4,000 | $0.020 | $80 |
| ARTWORK | DOLLARTREE | FAT BAT (UPC01158) | 11,280 | $0.020 | $226 |
| ARTWORK | DOLLARTREE | ULTRA CATCH | 14,164 | $0.020 | $283 |
| ARTWORK | DOLLARTREE | XXL GOLF | 32,000 | $0.020 | $640 |
| ARTWORK | ENOR | MINI BOWLING (UPC03723) | 1,700 | $0.020 | $34 |
| ARTWORK | ENOR | MINI BOWLING (HT) | 1,945 | $0.020 | $39 |
| ARTWORK | ENOR | JR. BOWLING (UPC00967) | 4,450 | $0.020 | $89 |
| ARTWORK | ENOR | 3 PACK (UPC | 7,478 | $0.020 | $150 |
| ARTWORK | ENOR | 2 PACK (UPC02398) | 7,620 | $0.020 | $152 |
| ARTWORK | ENOR | FAT BAT (UPC00200) | 9,309 | $0.020 | $186 |
| ARTWORK | ENOR | BADMINTON (UPC04437) | 22,000 | $0.020 | $440 |
| ARTWORK | ENOR | XXL GOLF (UPC03677) | 42,184 | $0.020 | $844 |
| ARTWORK | ENOR | GOLF CADDY | 84,590 | $0.020 | $1,692 |
| ARTWORK | HEB | FAT BAT PDQ | 605 | $0.020 | $12 |
| ARTWORK | HEB | GOLF CADDY PDQ | 662 | $0.020 | $13 |
| ARTWORK | HEB | ULTRA CATCH PDQ | 1,100 | $0.020 | $22 |
| ARTWORK | HEB | FAT BAT (UPC89388) | 4,040 | $0.020 | $81 |
| ARTWORK | HEB | XXL GOLF (UPC97000) | 8,000 | $0.020 | $160 |
| ARTWORK | HEB | GOLF CADDY HT (UPC92612) | 13,558 | $0.020 | $271 |
| ARTWORK | HEB | MINI BOWL (UPC03648) | 14,500 | $0.020 | $290 |
| ARTWORK | HEB | XXL BOWLING (UPC97001) | 17,100 | $0.020 | $342 |
| ARTWORK | HEB | SAFE CONES (UPC65114) | 35,700 | $0.020 | $714 |
| ARTWORK | K MART | FAT BAT (UPC01059) | 37,400 | $0.020 | $748 |
| ARTWORK | LOBLAWS | BAT & BALL (UPC14100) | 12,200 | $0.020 | $244 |
| ARTWORK | MEIJER | GOLF CADDY (UPC22195) | 17,500 | $0.020 | $350 |
| ARTWORK | MEIJER | MINI BOWL (UPC03398) | 17,800 | $0.020 | $356 |
| ARTWORK | MICHAELS | MINI BOWL. SET (UPC59864) | 31,200 | $0.020 | $624 |
| ARTWORK | RITE AID | FAT BAT (UPC01990) | 4,200 | $0.020 | $84 |
| ARTWORK | TRU | TRAFFIC SIGN (UPC00684) | 351 | $0.020 | $7 |
| ARTWORK | TRU | WARNING LABEL (ROUND) | 3,088 | $0.020 | $62 |
| ARTWORK | TRU | MINI BOWLING (UPC03533) | 3,536 | $0.020 | $71 |
| ARTWORK | TRU | FOLDING SIGN (UPC00649) | 4,665 | $0.020 | $93 |
| ARTWORK | TRU | FAT BAT -USA (UPC01907) | 6,340 | $0.020 | $127 |
| ARTWORK | TRU | STOP SIGN (UPC00650) | 7,386 | $0.020 | $148 |
| ARTWORK | TRU | XXL BOWL SET (UPC02753) | 15,468 | $0.020 | $309 |
| ARTWORK | TRU | 2 PK FAT BALLS (UPC01915) | 17,470 | $0.020 | $349 |
| ARTWORK | TRU | GOLF CADDY (UPC62373) | 32,000 | $0.020 | $640 |
| ARTWORK | WAL MART-CANADA | ULTRA CATCH (UPC03561) | 528 | $0.020 | $11 |
| ARTWORK | WAL MART-CANADA | FAT BAT (UPC26429) | 11,920 | $0.020 | $238 |
| ARTWORK | WAL MART-CANADA | XXL GOLF (UPC03580) | 25,140 | $0.020 | $503 |
| ARTWORK | WAL MART-CANADA | SCOOP & SCORE (UPC03562) | 27,000 | $0.020 | $540 |

| | | | | | |
|---|---|---|---|---|---|
| ARTWORK | WAL MART-CANADA | BADMINTON (UPC03560) | 33,650 | $0.020 | $673 |
| ARTWORK | WAL MART-CANADA | GOLF CADDY (UPC03565) | 34,776 | $0.020 | $696 |
| ARTWORK | WAL MART-CANADA | MINI BOWL (UPC03027) | 67,256 | $0.020 | $1,345 |
| ARTWORK | WAL MART-USA | SCOOP & SCORE (UPC03562) | 34,758 | $0.020 | $695 |
| ARTWORK | WAL MART-USA | 2 PK FAT BALLS (UPC04133) | 50,117 | $0.020 | $1,002 |
| ARTWORK | WAL MART-USA | FAT BAT (UPC26429) | 138,994 | $0.020 | $2,780 |
| ARTWORK | WAL MART-USA | MEGA BOWL. (UPC02978) | 187,800 | $0.020 | $3,756 |
| ARTWORK | WAL MART-USA | MINI BOWL. (UPC03027) | 365,102 | $0.020 | $7,302 |
| ARTWORK | WAL MART-USA | ULTRA CATCH (UPC03561) | 367,878 | $0.020 | $7,358 |
| ARTWORK | WAL MART-USA | GOLF CADDY (UPC03565) | 546,693 | $0.020 | $10,934 |
| ARTWORK | WALGREENS | FAT BAT (UPC66380) | 54,400 | $0.020 | $1,088 |
| ARTWORK | WALGREENS | GOLF CADDY (UPC66062) | 87,500 | $0.020 | $1,750 |
| RESIN | TPE (LBS) | | 20000 | $1.800 | $36,000 |
| RESIN | HDPE INJECTION (LBS) | | 5000 | $0.750 | $3,750 |
| RESIN | HDPE BLOWMOLD (LBS) | | 60000 | $0.750 | $45,000 |
| ARTWORK | SNOW DISC | STICKER | 82,500 | $0.028 | $2,310 |
| ARTWORK | SNOW SHOVEL | STICKER | 2,000 | $0.028 | $56 |
| ARTWORK | SNOW RIDER | STICKER | 20,900 | $0.028 | $585 |
| ARTWORK | SNOW BLOCK | STICKER | 21,600 | $0.028 | $605 |
| ARTWORK | SNOW SHIES | STICKER | 16,500 | $0.028 | $462 |
| ARTWORK | SNOW SEAT | STICKER | 10,000 | $0.028 | $280 |
| MASTERCARTON | 2 PK FAT BALLS (WMU-FBL11) | | 4,863 | $0.709 | $3,448 |
| MASTERCARTON | 3 PACK SPORTS BALLS (WMC-3SB6) | | 480 | $1.050 | $504 |
| MASTERCARTON | 3 PACK SPORTS BALLS (WMX-3SB6) | | 1,120 | $1.050 | $1,176 |
| MASTERCARTON | 48" SNOW SLED (WMU-SNOWSLED48") | | 1,950 | $1.605 | $3,130 |
| MASTERCARTON | BADMINTON (WMC-BD6) | | 6,950 | $1.050 | $7,298 |
| MASTERCARTON | FAT BAT (FB 12) | | 3,300 | $1.430 | $4,719 |
| MASTERCARTON | FAT BAT (WG-FB9) | | 3,070 | $1.435 | $4,405 |
| MASTERCARTON | FAT BAT (WMU-FB4) | | 12,420 | $0.735 | $9,129 |
| MASTERCARTON | FAT BAT PDQ (HEB-FB8) | | 480 | $1.470 | $706 |
| MASTERCARTON | GOLF CADDY (GC12) | | 1,930 | $1.997 | $3,854 |
| MASTERCARTON | GOLF CADDY (GC6) | | 4,654 | $1.050 | $4,887 |
| MASTERCARTON | GOLF CADDY (HEB-GC9) | | 501 | $1.630 | $817 |
| MASTERCARTON | GOLF CADDY (WG-GC4) | | 8,830 | $0.852 | $7,523 |
| MASTERCARTON | GOLF CADDY (WMC-GC12) | | 2,100 | $1.997 | $4,194 |
| MASTERCARTON | GOLF CADDY (WMU-GC12) | | 1,504 | $1.997 | $3,003 |
| MASTERCARTON | JR. BOWLING (TRAYS) | | 484 | $1.500 | $726 |
| MASTERCARTON | MEGA BO. INS (WMU-MGB-INS) | | 4,000 | $0.646 | $2,584 |
| MASTERCARTON | MEGA BOWL. (WMU-MGB3) | | 2,675 | $2.285 | $6,112 |
| MASTERCARTON | MINI BOWL. (WMU-MB6) | | 2,788 | $1.395 | $3,889 |
| MASTERCARTON | MINI BOWL. SET (MLC-MBC) | | 3,147 | $1.395 | $4,390 |
| MASTERCARTON | SCOOP & SCORE (WMC-SS6) | | 3,050 | $0.915 | $2,791 |
| MASTERCARTON | SNOW DISC | | 8,675 | $1.298 | $11,260 |
| MASTERCARTON | ULTRA CATCH (WMU-UC6) | | 6,021 | $0.448 | $2,697 |
| MASTERCARTON | ULTRA CATCH PDQ (HEB-UC7) | | 595 | $1.600 | $952 |
| NJ INVENTORY | MISC FINISHED GOODS / PACKAGING / RESIN - Est | | | | $100,000 |

| | |
|---|---|
| | **$966,619** |

| Debtor | **Enor Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | $0.00 |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ■ Yes. Book value _____ **100000** Valuation method _____ Current Value _____ 0

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **2008 Chevy Box Truck** | $0.00 | | $25,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See Exhibit "C"** | $0.00 | | $0.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $25,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**EXHIBIT C**

ENOR CORPORATION - Equipment Inventory

| REF | CATEGORY | DESCRIPTION | QTY | LOC |
|-----|----------|-------------|-----|-----|
| #1 | BLOW MOLDER | 1-Head 75mm screw & intgrated double platten with Novatec vacuum loader | 1 | SC |
| #2 | BLOW MOLDER | 1-Head 75mm screw & intgrated double platten with Novatec vacuum loader | 1 | SC |
| #3 | BLOW MOLDER | 1-Head 75mm screw & intgrated double platten with Novatec vacuum loader | 1 | SC |
| #4 | BLOW MOLDER | 2-head 85mm screw & intgrated double platten  with Novatec vacuum loader | 1 | SC |
| #5 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten  with Novatec vacuum loader | 1 | NJ |
| #6 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten  with Novatec vacuum loader | 1 | NJ |
| #7 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten  with Novatec vacuum loader | 1 | NJ |
| #8 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten  with Novatec vacuum loader | 1 | NJ |
| #9 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten  with Novatec vacuum loader | 1 | NJ |
| #10 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten with Novatec vacuum loader | 1 | SC |
| #11 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten with Novatec vacuum loader | 1 | SC |
| #12 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten with Novatec vacuum loader | 1 | NJ |
| #13 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten with Novatec vacuum loader | 1 | NJ |
| #14 | BLOW MOLDER | 2-Head 85mm screw & intgrated double platten with Novatec vacuum loader | 1 | SC |
| #15 | BLOW MOLDER | 2-Head 85mm screw & intgrated double platten  with Novatec vacuum loader | 1 | SC |
| #16 | BLOW MOLDER | 4-Head 85mm screw & intgrated double platten  with Novatec vacuum loader | 1 | SC |
| #17 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten with Novatec vacuum loader | 1 | SC |
| #18 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten with Novatec vacuum loader | 1 | SC |
| #19 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten with Novatec vacuum loader | 1 | NJ |
| #20 | BLOW MOLDER | 4-Head 85mm screw & intgrated double platten with Novatec vacuum loader | 1 | SC |
| #21 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten with Novatec vacuum loader | 1 | NJ |
| #22 | BLOW MOLDER | 2-Head 65mm screw & intgrated double platten with Novatec vacuum loader | 1 | NJ |
| #23 | BLOW MOLDER | 1-Head 85mm screw & intgrated double platten w/oversize platten  with Novatec vacuum loader | 1 | SC |
| #24 | BLOW MOLDER | 2-Head 75mm screw & intgrated double platten w/ auto trim  with Novatec vacuum loader | 1 | NJ |
| #25 | BLOW MOLDER | 2-Head 75mm screw & intgrated double platten w/ auto trim  with Novatec vacuum loader | 1 | NJ |
| #OT1 | BLOW MOLDER | 2-Head Blow Molder with Novatec vacuum loader | 1 | SC |
| #OT2 | BLOW MOLDER | 2-Head Blow Molder with Novatec vacuum loader | 1 | SC |
| #OT3 | BLOW MOLDER | 2-Head Blow Molder with Novatec vacuum loader | 1 | SC |
| #OT4 | BLOW MOLDER | 2-Head Blow Molder with Novatec vacuum loader | 1 | SC |
| #M1 | INECTION MOLDER | Toshiba 610T fully equipped and with Novatec vacuum loader | 1 | SC |
| #M2 | INECTION MOLDER | Toshiba 610T fully equipped and with Novatec vacuum loader | 1 | SC |
| #M3 | INECTION MOLDER | Toshiba 190T fully equipped and with Novatec vacuum loader | 1 | SC |
| #M4 | INECTION MOLDER | LG 1100T ully equipped and with Novatec vacuum loader | 1 | SC |
| 0 | PROCESS CHILLER | Temptek 10HP | 5 | SC |
| 0 | PROCESS CHILLER | Temptek 10HP | 3 | NJ |
| 0 | PROCESS CHILLER | Temptek 5HP | 1 | SC |
| 0 | PROCESS CHILLER | Temptek 5HP | 1 | NJ |
| 0 | RECYCLING GRINDER | Cumberland High Speed Recycling Grinder w/ Cyclone | 1 | NJ |
| 0 | RECYCLING GRINDER | Cumberland High Speed Recycling Grinder w/ Cyclone | 1 | SC |
| 0 | AIR COMPRESSOR | Joy 40HP Screw Compressor | 1 | Nj |
| 0 | AIR COMPRESSOR | Joy 25HP Screw Compressor | 3 | NJ |
| 0 | AIR COMPRESSOR | Curtis 40HP Screw Compressor | 1 | SC |
| 0 | AIR COMPRESSOR | Quincy 25HP Screw Compressor | 1 | SC |
| 0 | AIR COMPRESSOR | Air Dryer | 1 | SC |
| 0 | AIR COMPRESSOR | Air Dryer | 1 | NJ |
| 0 | MACHINE SHOP | Lathe | 1 | NJ |
| 0 | MACHINE SHOP | Bridgeport Milling Machine | 1 | NJ |
| 0 | MACHINE SHOP | Small machine tools | Various | NJ |
| 0 | MACHINE SHOP | Assorted hand tools | Various | NJ |
| 0 | MATERIALS HANDLING | Clark 5,000lb Capacity Propane Powered Forklift | 1 | NJ |
| 0 | MATERIALS HANDLING | Portable Overhead Gantry Crane 5 Ton Capacity | 1 | SC |
| 0 | FOIL STAMPING | Kensol Hot Foil Stamping Machines | 3 | NJ |
| 0 | SILKSCREENING | Saturn Automatic Screenprinting Machine | 1 | NJ |
| 0 | SILKSCREENING | Printek Flame Treating Machine | 1 | NJ |
| 0 | HEAT SEALING | Klefel High Speed Heat Sealing Machines | 2 | NJ |
| 0 | HEAT SEALING | RF Inline Heat Sealing Machines | 6 | NJ |
| 0 | HEAT SEALING | RF / Thermal Stationary Sealing Machines | 17 | NJ |
| 0 | HEAT SEALING | RF Turntable Heat Sealing Machines | 3 | NJ |
| 0 | HEAT SEALING | Branson Ultrasonic Sealers | 3 | NJ |
| 0 | DIE CUTTERS | Atom SE-25 Die Cutters | 3 | NJ |
| 0 | DIE CUTTERS | Atom SE-25 Die Cutters | 3 | SC |
| 0 | SPARE PARTS | Motors, valves, screws, barrel, controllers, electronics, heaters, etc. | 1 | NJ |
| 0 | SPARE PARTS | Motors, valves, screws, barrel, controllers, electronics, heaters, etc. | 1 | SC |

Debtor    **Enor Corporation**                                              Case number *(If known)* _____
          Name

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Warehouse Lease 140 Walnut Street LLC 177 Veterans Drive. Northvale, NJ 07647**<br><br>**245 Livingston, LLC c/o Enor Corporation 245 Livingston Street Northvale, NJ 07647**<br><br>**Two Apartment Leases in SC Pegasus Residential LLC 10682 Two Notch Rd. Elgin, SC** | Leases | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                                     $0.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor    __Enor Corporation_____    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets<br>**See Exhibit "D"** | $0.00 | | Unknown |

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.     | $0.00 |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                                        | Current value of debtor's interest |

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties** (whether or not a lawsuit has been filed)

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      **Canadian Tax Refund**                                           | $50,000.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

# EXHIBIT D

## *ENOR CORPORATION*

TRADEMARKS:
SNAPIT-UP ®
ARCTIC WOLF®
SCOOP & SCORE®
POPZOOKA®
XXL GOLF®
PROGARD®
MEGABOWL®
FAT BAT™
PLAY LIKE PROS™
ULTRA CATCH™
STICKEE PADDLE™
E-Z MITT™

PATENTS:

PAT. NO. / Title
1 D641,977 Toy golf caddy
2 7,938,110 Ball launching device
3 D596,856 Display and storage bag
4 6,884,185 T-ball playing kit
5 D484,556 Paddle with full mesh center
6 D484,206 Paddle with partial mesh center
7 D467,494 T-ball kit
8 D446,259 Scooter with rear wheel brake
9 D445,331 Baseball and bat kit
10 D444,824 Scooter
11 D443,907 Sports handle
12 D443,662 Toy baseball bat
13 6,106,015 Binder and method of fabricating same
14 D426,099 CD storage page
15 D411,402 Compact disc storage page

| Debtor | **Enor Corporation** | Case number *(If known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $50,000.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Enor Corporation**
_____     Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,595.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $162,064.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $50,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $248,659.94 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $248,659.94 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Enor Corporation**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **TD Bank** <br> Creditor's Name <br><br> **1501 Main Street** <br> **Columbia, SC 29205** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **10/8/2015** <br> **Last 4 digits of account number** <br> **9002** | Describe debtor's property that is subject to a lien <br> **Accounts Receivable** <br><br><br> Describe the lien <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$600,000.00** | **$0.00** |
|---|---|---|---|

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **TD Bank** <br> Creditor's Name <br><br> **1501 Main Street** <br> **Columbia, SC 29205** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **10/18/2015** <br> **Last 4 digits of account number** <br> **9001** | Describe debtor's property that is subject to a lien <br> **Accounts Receivable** <br><br><br> Describe the lien <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$2,250,000.00** | **$0.00** |
|---|---|---|---|

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor 1    **Steven Udwin**
_____    Case number (if know) _____
First Name    Middle Name    Last Name

■ No

☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $2,850,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? Line | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | | |

**Fill in this information to identify the case:**

Debtor name    **Enor Corporation**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Acosta Nolasco, Gilma**<br>**135 W Nyack Rd**<br>**Apt 24**<br>**Nanuet, NY 10954** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 628.50 | $ 628.50 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (4) |  |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Acosta, Olga**<br>**20 Norris St**<br>**Garnerville, NY 10923** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 628.50 | $ 628.50 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                 50844                 Best Case Bankruptcy

Debtor 1   **Steven Udwin**
_____   Case number (if know) _____
First Name        Middle Name        Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.3**

Priority creditor's name and mailing
address
**Addison, Oscar**
**127 1/2 S Zion St**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:            $ __Unknown__   $ __Unknown__
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            _____

Last 4 digits of account            Is the claim subject to offset?
number
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.4**

Priority creditor's name and mailing
address
**Aguilar Landaverde, Otilia**
**234 W Englewood Ave**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:            $ __628.50__   $ __628.50__
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            _____

Last 4 digits of account            Is the claim subject to offset?
number
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.5**

Priority creditor's name and mailing
address
**Aguirre, Jose F.**
**35 Edward St.**
**Sparkill, NY 10976**

As of the petition filing date, the claim is:            $ __975.00__   $ __975.00__
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:
_____            _____

Last 4 digits of account            Is the claim subject to offset?
number
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
First Name        Middle Name            Last Name

Case number (if know) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.6 | | | | |

**Priority creditor's name and mailing address**
**Alexander, Lashonda**
**171 Cypress Dr**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:    $ 1,120.00    $ 1,120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.7 | | | | |

**Priority creditor's name and mailing address**
**Angel Granillo, Elena B.**
**70 S. Midland Ave**
**Nyack, NY 10960**

As of the petition filing date, the claim is:    $ 628.50    $ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.8 | | | | |

**Priority creditor's name and mailing address**
**Aranguren, Deyanira**
**246 PINDLE AVENUE**
**2ND. FLOOR**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:    $ 628.50    $ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____    _____    _____    Case number (if know) _____
First Name    Middle Name    Last Name

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.9 |

**Priority creditor's name and mailing
address**
**Ashford, Jackqueline**
**81 Ella Ln**
**Winnsboro, SC 29180**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 840.00    $ 840.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.10 |

**Priority creditor's name and mailing
address**
**Camargo, Sandra**
**196 Howard Drive**
**Apt. 13**
**Bergenfield, NJ 07621**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 825.00    $ 825.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.11 |

**Priority creditor's name and mailing
address**
**Chavez, Otniel**
**41 Reid Ave**
**Apt 1**
**Bergenfield, NJ 07621**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50    $ 628.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Steven Udwin**
First Name        Middle Name            Last Name

Case number (if know) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (<u>4</u>)

---

| 2.12 | | | |
|---|---|---|---|

Priority creditor's name and mailing
address
**Chinchilla Cabrejo, Rosa E.**
**60 S Cole Ave**
**Spring Valley, NY 10977**

As of the petition filing date, the claim is:    $ **628.50**    $ **628.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (<u>4</u>)

---

| 2.13 | | | |
|---|---|---|---|

Priority creditor's name and mailing
address
**Clack, Randy**
**3 Dawsons Creek Ct**
**Blythewood, SC 29016**

As of the petition filing date, the claim is:    $ **3,765.00**    $ **3,765.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (<u>4</u>)

---

| 2.14 | | | |
|---|---|---|---|

Priority creditor's name and mailing
address
**Cockrell, Keith**
**849 Hughes Rd**
**Chester, SC 29706**

As of the petition filing date, the claim is:    $ **138.75**    $ **138.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
　　　　　First Name　　　　　Middle Name　　　　　Last Name    Case number (if know)

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.15**

Priority creditor's name and mailing
address
**Colindres, Doris**
**267 Howland Ave.**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:    $ **628.50**    $ **628.50**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred    Basis for the claim:
_____

Last 4 digits of account    Is the claim subject to offset?
number
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.16**

Priority creditor's name and mailing
address
**Conde, Hortencia**
**7 West Clinton Ave.**
**Tenafly, NJ 07670**

As of the petition filing date, the claim is:    $ **628.50**    $ **628.50**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred    Basis for the claim:
_____

Last 4 digits of account    Is the claim subject to offset?
number
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.17**

Priority creditor's name and mailing
address
**Conde, Karina**
**156 Tenafly Rd**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:    $ **628.50**    $ **628.50**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred    Basis for the claim:
_____

Last 4 digits of account    Is the claim subject to offset?
number
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____    Case number (if know) _____
First Name         Middle Name         Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.18 |

**Priority creditor's name and mailing address**
**Craig, Yatill**
**1452 Two Creek Rd**
**Blackstock, SC 29014**

As of the petition filing date, the claim is:    $ **1,565.00**    $ **1,565.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.19 |

**Priority creditor's name and mailing address**
**Davis, Brittany**
**136 Icon Ln**
**Blackstock, SC 29014**

As of the petition filing date, the claim is:    $ **731.25**    $ **731.25**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.20 |

**Priority creditor's name and mailing address**
**De La Cruz, Alejandro**
**605 W- 182 St.**
**Apt.# 34**
**New York, NY 10033**

As of the petition filing date, the claim is:    $ **750.00**    $ **750.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**

First Name        Middle Name        Last Name        Case number (if know)

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.21 | | | |
|---|---|---|---|

**Priority creditor's name and mailing
address**
De La Cruz, Ana
605 W 182 St
Apt 34
New York, NY 10033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50     $ 628.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.22 | | | |
|---|---|---|---|

**Priority creditor's name and mailing
address**
De La Rosa, Mirna
244 White Street
Englewood, NJ 07631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50     $ 628.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.23 | | | |
|---|---|---|---|

**Priority creditor's name and mailing
address**
Diaz, Lourdes
144 West End Ave
2nd Floor
Englewood, NJ 07631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50     $ 628.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____    _____
First Name        Middle Name        Last Name                      Case number (if know)

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.24 | | | |

**Priority creditor's name and mailing address**
**Dominguez, Ernestina**
**85 W Palisades Ave**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:                $ 628.50        $ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
**Date or dates debt was incurred**              **Basis for the claim:**
                                                  _____

**Last 4 digits of account number**              **Is the claim subject to offset?**
                                                  ■ No
                                                  ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.25 | | | |

**Priority creditor's name and mailing address**
**Dominguez, Maria**
**38 Prospect St**
**Nyack, NY 10960**

As of the petition filing date, the claim is:                $ 628.50        $ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
**Date or dates debt was incurred**              **Basis for the claim:**
                                                  _____

**Last 4 digits of account number**              **Is the claim subject to offset?**
                                                  ■ No
                                                  ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.26 | | | |

**Priority creditor's name and mailing address**
**Duque, Luz**
**203 Pleran St**
**Northvale, NJ 07647**

As of the petition filing date, the claim is:                $ 628.50        $ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
**Date or dates debt was incurred**              **Basis for the claim:**
                                                  _____

**Last 4 digits of account number**              **Is the claim subject to offset?**
                                                  ■ No
                                                  ☐ Yes

---

Debtor 1    **Steven Udwin**
_____    _____    _____    _____
First Name    Middle Name    Last Name    Case number *(if know)*

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.27 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Enriquez, Maria Antonia**
**287 Pindle Ave**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:    $ **628.50**    $ **628.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
**Date or dates debt was incurred**    **Basis for the claim:**
_____

**Last 4 digits of account number**    **Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.28 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Fernandez, Xiomara**
**177 Nagle Ave.**
**Apt. #5m**
**New York, NY 10034**

As of the petition filing date, the claim is:    $ **628.50**    $ **628.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
**Date or dates debt was incurred**    **Basis for the claim:**
_____

**Last 4 digits of account number**    **Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.29 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Figueroa, Donain**
**70 S Midland Ave**
**Nyack, NY 10960**

As of the petition filing date, the claim is:    $ **628.50**    $ **628.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
**Date or dates debt was incurred**    **Basis for the claim:**
_____

**Last 4 digits of account number**    **Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____    _____    _____    _____
First Name    Middle Name    Last Name    Case number (if know)

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.30 | | | |
|------|---|---|---|

**Priority creditor's name and mailing address**
**Figueroa, Jennifer**
**38 Prospect St**
**Nyack, NY 10960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50    $ 628.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.31 | | | |
|------|---|---|---|

**Priority creditor's name and mailing address**
**Figueroa, Ricardo**
**38 Prospect St**
**Nyack, NY 10960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50    $ 628.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.32 | | | |
|------|---|---|---|

**Priority creditor's name and mailing address**
**Flores-Ordonez, Celvin**
**101 E Sheffield Ave**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 975.00    $ 975.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1    **Steven Udwin** _____    Case number (if know) _____
             First Name    Middle Name    Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.33 |

**Priority creditor's name and mailing
address**
**Gaither, Otis**
**121 Green St**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:    $ 647.50    $ 647.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred        Basis for the claim:

_____

Last 4 digits of account        Is the claim subject to offset?
number
                                ■ No
                                ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.34 |

**Priority creditor's name and mailing
address**
**Galvez, Franklin D.**
**524 W- 184th Street**
**Apt. # 3-A**
**New York, NY 10033**

As of the petition filing date, the claim is:    $ 787.50    $ 787.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred        Basis for the claim:

_____

Last 4 digits of account        Is the claim subject to offset?
number
                                ■ No
                                ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.35 |

**Priority creditor's name and mailing
address**
**Garcia Ramirez, Maria**
**289 Harrington Ave**
**Closter, NJ 07624**

As of the petition filing date, the claim is:    $ 628.50    $ 628.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred        Basis for the claim:

_____

Last 4 digits of account        Is the claim subject to offset?
number
                                ■ No
                                ☐ Yes

---

Debtor 1    **Steven Udwin**
    First Name          Middle Name          Last Name        Case number (if know)

**Specify Code subsection of PRIORITY**
**unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.36**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **628.50** | $ **628.50** |
|---|---|---|---|

**Garcia, Maria**
**82 Henry Street**
**Apt. I**
**Englewood, NJ 07631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY**
**unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.37**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **628.50** | $ **628.50** |
|---|---|---|---|

**Garcia, Marta L**
**31 N Dean St**
**Englewood, NJ 07631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY**
**unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.38**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **628.50** | $ **628.50** |
|---|---|---|---|

**Garcia, Zeltzin**
**172 Third Street**
**Englewood, NJ 07631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
 _____
 First Name          Middle Name          Last Name          Case number (if know) _____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.39 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Goins, Linda**
**647 US Hwy 321 Bypass S**
**Winnsboro, SC 29180**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 592.00          $ 592.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.40 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Gomes, Amanda**
**116 Ostego Pl**
**Englewood, NJ 07631**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 693.75          $ 693.75

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.41 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Gomez, Gloria**
**215 New Milford Ave**
**Apt 1**
**Dumont, NJ 07628**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50          $ 628.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____
First Name         Middle Name         Last Name

Case number (if know) _____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.42 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Gomez, Miguel**
**233 Courtney Rd**
**Winnsboro, SC 29180**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**     $ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.43 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Guillen, Linda**
**37 South Marie Francis St**
**Tappan, NY 10983**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **628.50**     $ **628.50**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.44 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Gutierrez, Martha**
**425 Tenafly Rd**
**Englewood, NJ 07631**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,814.00**     $ **1,814.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Steven Udwin**

     First Name          Middle Name         Last Name

Case number (if know) _____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.45 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
Henao, Luz M.
125 Morse Pl
Englewood, NJ 07631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 656.25    $ 656.25

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.46 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
Hernandez, Alex
38 West Street
Nyack, NY 10960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50    $ 628.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.47 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
Hernandez, Daysi
86-88 Henry St.
Englewood, NJ 07631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50    $ 628.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**

First Name          Middle Name          Last Name          Case number (if know) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.48**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **628.50**   $ **628.50** |
| **Hernandez, Maria** | *Check all that apply.* | |
| **156 Tenafly Rd** | ☐ Contingent | |
| **Englewood, NJ 07631** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.49**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **628.50**   $ **628.50** |
| **Herrera, Beatriz** | *Check all that apply.* | |
| **7 W. Clinton Ave.** | ☐ Contingent | |
| **2nd. Floor** | ☐ Unliquidated | |
| **Tenafly, NJ 07670** | ☐ Disputed | |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.50**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **Unknown**   $ **Unknown** |
| **Hill, Henrietta** | *Check all that apply.* | |
| **408 Old Reservoir Rd** | ☐ Contingent | |
| **Winnsboro, SC 29180** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1   **Steven Udwin**
_____   _____   _____   Case number (if know) _____
First Name        Middle Name           Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.51 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Hurtado, Gloria A.**
**120 Grand Ave.**
**Apt. # B5**
**Englewood, NJ 07631**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **628.50**      $ **628.50**

**Date or dates debt was incurred**          **Basis for the claim:**

**Last 4 digits of account number**          **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.52 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**      $ **0.00**

**Date or dates debt was incurred**          **Basis for the claim:**

**Last 4 digits of account number**          **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.53 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Internal Revenue Service**
**Special Procedures Branch**
**Attn: Bankruptcy Section**
**PO Box 744**
**Springfield, NJ 07081**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**      $ **0.00**

**Date or dates debt was incurred**          **Basis for the claim:**

**Last 4 digits of account number**          **Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**_____    Case number (if know) _____
First Name        Middle Name        Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

| 2.54 |

**Priority creditor's name and mailing address**
**Isaac, LaQuanda**
**33 Strawberry Ln**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:    $ __Unknown__    $ __Unknown__
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:

Last 4 digits of account
number                    Is the claim subject to offset?
                        ■ No
                        ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.55 |

**Priority creditor's name and mailing address**
**Isaza, Erika**
**192 Humphrey Street**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:    $ __975.00__    $ __975.00__
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:

Last 4 digits of account
number                    Is the claim subject to offset?
                        ■ No
                        ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.56 |

**Priority creditor's name and mailing address**
**Iyer Shanker**
**87 10 Grand Avenue**
**4D**
**Elmhurst, NY 11373**

As of the petition filing date, the claim is:    $ __2,885.00__    $ __2,885.00__
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:

Last 4 digits of account
number                    Is the claim subject to offset?
                        ■ No
                        ☐ Yes

---

Debtor 1    **Steven Udwin**

First Name          Middle Name          Last Name          Case number (if know) _____

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (<u>4</u>)

---

**2.57**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,240.00 | $ 1,240.00 |
|---|---|---|---|

**Lewis, Timothy**
**334 Morris Creek Rd**
**Winnsboro, SC 29180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (<u>4</u>)

---

**2.58**

**Priority creditor's name and mailing address**

**Lezama, Dulce M**
**204 Livingston St**
**Northvale, NJ 07647**

**As of the petition filing date, the claim is:**      $ 628.50      $ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (<u>4</u>)

---

**2.59**

**Priority creditor's name and mailing address**

**Lopez, Catalina**
**260 Engle St**
**Apt 5G**
**Englewood, NJ 07631**

**As of the petition filing date, the claim is:**      $ 628.50      $ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____    Case number (if know) _____
First Name    Middle Name    Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

2.60

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 675.00 | $ 675.00 |
|---|---|---|---|

Priority creditor's name and mailing address
**Lopez, Marco A.**
**190 Old Tappan Rd.**
**Tappan, NY 10983**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 675.00          $ 675.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

2.61

Priority creditor's name and mailing address
**Lopez, Maria**
**51 Highland Ave**
**Apt 2**
**Piermont, NY 10968**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50          $ 628.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

2.62

Priority creditor's name and mailing address
**Marose, Gloria C**
**81 Gray Street**
**Bogota, NJ 07603**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,159.50          $ 1,159.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____    _____    _____    Case number (if know) _____
First Name    Middle Name    Last Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.63 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Martinez, Camelia**
**85 Rt 303**
**Tappan, NY 10983**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50        $ 628.50

_____
**Date or dates debt was incurred**        **Basis for the claim:**
_____

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.64 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Martinez, Elda Mariela**
**17 Main St**
**Tappan, NY 10983**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50        $ 628.50

_____
**Date or dates debt was incurred**        **Basis for the claim:**
_____

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.65 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Martinez, Laura**
**540 Columbia Rd**
**Winnsboro, SC 29180**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 666.00        $ 666.00

_____
**Date or dates debt was incurred**        **Basis for the claim:**
_____

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Steven Udwin**
_____    _____    _____    _____
First Name    Middle Name    Last Name    Case number (if know)

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.66**

**Priority creditor's name and mailing
address**
**Martinez, Maria Del Socorro**
**305 Oak Tree Rd.**
**Palisades, NY 10964**

| As of the petition filing date, the claim is: | $ **628.50** | $ **628.50** |

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.67**

**Priority creditor's name and mailing
address**
**Martinez, Marivel A.**
**293 W. Palisade Ave.**
**Englewood, NJ 07631**

| As of the petition filing date, the claim is: | $ **628.50** | $ **628.50** |

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.68**

**Priority creditor's name and mailing
address**
**Mateo-Vasquez, Carlos O**
**63 John St.**
**Closter, NJ 07624**

| As of the petition filing date, the claim is: | $ **675.00** | $ **675.00** |

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Steven Udwin**
　　　　　　First Name　　　　Middle Name　　　　Last Name　　　　　　　Case number (if know) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.69 | | |
|---|---|---|

Priority creditor's name and mailing
address
**Mendes, Sofia**
**273 High Ave**
**Nyack, NY 10960**

As of the petition filing date, the claim is:　　　　$ 628.50　　$ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　　　　Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.70 | | |
|---|---|---|

Priority creditor's name and mailing
address
**Menjivar, Maria**
**212 W Englewood Ave**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:　　　　$ 628.50　　$ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　　　　Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.71 | | |
|---|---|---|

Priority creditor's name and mailing
address
**Montenegro, Gregoria**
**63 John St**
**Closter, NJ 07624**

As of the petition filing date, the claim is:　　　　$ 628.50　　$ 628.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　　　　Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Steven Udwin**
_____    Case number *(if know)* _____
First Name        Middle Name        Last Name

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.72 | | | | |

**Priority creditor's name and mailing
address**
**Montes, Beatriz**
**226 Cambridge Ave**
**Englewood, NJ 07631**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50        $ 628.50

_____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.73 | | | | |

**Priority creditor's name and mailing
address**
**Moran, Vilma Yolanda**
**218 Closter Dock Rd**
**Closter, NJ 07624**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50        $ 628.50

_____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.74 | | | | |

**Priority creditor's name and mailing
address**
**Norena, Clemencia**
**202 Waldo Pl**
**Englewood, NJ 07631**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50        $ 628.50

_____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | **Steven Udwin** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.75**

Priority creditor's name and mailing
address
**Ordonez, Delmis**
**256 Phelps Ave.**
**Bergenfield, NJ 07621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 712.50    $ 712.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.76**

Priority creditor's name and mailing
address
**Orellana, Misael**
**6 Cedar Ave**
**Orangeburg, NY 10962**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50    $ 628.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.77**

Priority creditor's name and mailing
address
**Ortiz, Juana**
**279 High Ave**
**Nyack, NY 10960**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50    $ 628.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Steven Udwin**

       First Name          Middle Name          Last Name          Case number (if know)

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.78**

| | | |
|---|---|---|
| **Priority creditor's name and mailing address**<br>**Osorio, Andres**<br>**276 Engle St**<br>**Apt 8A**<br>**Englewood, NJ 07631** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **628.50**    $ **628.50** |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.79**

| | | |
|---|---|---|
| **Priority creditor's name and mailing address**<br>**Osorio, Francisco J**<br>**176 Park Avenue**<br>**Dumont, NJ 07628** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **1,875.00**    $ **1,875.00** |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.80**

| | | |
|---|---|---|
| **Priority creditor's name and mailing address**<br>**Ossa, Fabiola**<br>**143 Tenafly Rd.**<br>**Apt.# 5g**<br>**Englewood, NJ 07631** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **628.50**    $ **628.50** |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Steven Udwin**

First Name          Middle Name          Last Name

Case number (if know) _____

---

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.81 | |
|---|---|

**Priority creditor's name and mailing
address**
**Owens, Lakia**
**161 Hill Top Dr**
**Winnsboro, SC 29180**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.82 | |
|---|---|

**Priority creditor's name and mailing
address**
**Palma, Jaime**
**85- Route 303**
**Tappan, NY 10983**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **750.00**    $ **750.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.83 | |
|---|---|

**Priority creditor's name and mailing
address**
**Pareja, Flor Alba**
**95 W. CHURCH ST.**
**Bergenfield, NJ 07621**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,060.00**    $ **6,060.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1  **Steven Udwin**
_____        Case number _(if know)_ _____
First Name       Middle Name       Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.84 | | |

Priority creditor's name and mailing
address
**Pelaez, Maria P.**
**231 W. Palisade Ave.**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:          $  **628.50**      $  **628.50**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account          Is the claim subject to offset?
number          ■ No
          ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.85 | | |

Priority creditor's name and mailing
address
**Pena Hernandez, Maria Arcilia**
**158 W. Englewood Ave**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:          $  **618.75**      $  **618.75**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account          Is the claim subject to offset?
number          ■ No
          ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.86 | | |

Priority creditor's name and mailing
address
**Pena, Maria Elena**
**49 Bennett Rd**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:          $  **628.50**      $  **628.50**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account          Is the claim subject to offset?
number          ■ No
          ☐ Yes

---

Debtor 1    **Steven Udwin**
_____    Case number (if know) _____
First Name        Middle Name        Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.87 |

**Priority creditor's name and mailing address**
**Prioleau, Pokita**
213 N Vanderhorst St
Winnsboro, SC 29180

As of the petition filing date, the claim is:    $ **Unknown**    $ **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        Basis for the claim:

**Last 4 digits of account number**        Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.88 |

**Priority creditor's name and mailing address**
**Quijada, Dora M**
52 Broadway Ash St.
Piermont, NY 10968

As of the petition filing date, the claim is:    $ **628.50**    $ **628.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        Basis for the claim:

**Last 4 digits of account number**        Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.89 |

**Priority creditor's name and mailing address**
**Quinde, Dora**
154 W. Demarest Ave.
2nd Floor
Englewood, NJ 07631

As of the petition filing date, the claim is:    $ **750.00**    $ **750.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**        Basis for the claim:

**Last 4 digits of account number**        Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor 1 | **Steven Udwin** | | | | Case number (if know) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.90**

Priority creditor's name and mailing
address
**Ramirez, Ericka**
**187 John St**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **628.50**   $ **628.50**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.91**

Priority creditor's name and mailing
address
**Reynoso, Ennio**
**225 W 129 St**
**Apt 9H**
**New York, NY 10027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **628.50**   $ **628.50**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.92**

Priority creditor's name and mailing
address
**Rodas, Beatriz**
**60 Route 9w**
**Apt. B6**
**Piermont, NY 10968**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **628.50**   $ **628.50**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Steven Udwin**

First Name          Middle Name                    Last Name

_____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.93 |
| --- |

**Priority creditor's name and mailing address**
**Rodriguez, Elda**
**34 S Harrison Ave**
**Congers, NY 10920**

As of the petition filing date, the claim is:       $ **628.50**      $ **628.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Date or dates debt was incurred                Basis for the claim:

_____

Last 4 digits of account                Is the claim subject to offset?
number
                                                        ■ No
                                                        ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.94 |
| --- |

Priority creditor's name and mailing address
**Roman, Rosalba**
**111 West St**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:       $ **628.50**      $ **628.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Date or dates debt was incurred                Basis for the claim:

_____

Last 4 digits of account                Is the claim subject to offset?
number
                                                        ■ No
                                                        ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.95 |
| --- |

Priority creditor's name and mailing address
**Rosales, Claudia**
**7 West Clinton Ave.**
**Tenafly, NJ 07670**

As of the petition filing date, the claim is:       $ **628.50**      $ **628.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Date or dates debt was incurred                Basis for the claim:

_____

Last 4 digits of account                Is the claim subject to offset?
number
                                                        ■ No
                                                        ☐ Yes

---

Debtor 1   **Steven Udwin**
_____
First Name           Middle Name           Last Name

Case number (if know) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.96**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 712.50 | $ 712.50 |
|---|---|---|---|

**Rueda, Helen M**
**166 Howard Drive**
**Apt. E**
**Bergenfield, NJ 07621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.97**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,593.75 | $ 1,593.75 |
|---|---|---|---|

**Sanchez, Alberto**
**23k Howard Dr**
**Bergenfield, NJ 07621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**2.98**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 628.50 | $ 628.50 |
|---|---|---|---|

**Santana, Jean**
**188 Western Hwy 1**
**Tappan, NY 10983**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor 1 | **Steven** | **Udwin** | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.99**

**Priority creditor's name and mailing
address**
**Segura, Guillermo**
**1476-68th Street**
**Apt. #1**
**North Bergen, NJ 07047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,350.00      $ 1,350.00

**Date or dates debt was incurred**

Basis for the claim:

**Last 4 digits of account
number**

Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.100**

**Priority creditor's name and mailing
address**
**Sendlenski, Aaron**
**136 Tenth St**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 630.00      $ 630.00

**Date or dates debt was incurred**

Basis for the claim:

**Last 4 digits of account
number**

Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.101**

**Priority creditor's name and mailing
address**
**Silva, Eva Y.**
**218 Closter Dock Rd**
**Closter, NJ 07624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50      $ 628.50

**Date or dates debt was incurred**

Basis for the claim:

**Last 4 digits of account
number**

Is the claim subject to offset?
■ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    **Steven Udwin**
_____    _____    _____    Case number (if know) _____
First Name    Middle Name    Last Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

| 2.10 2 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Sims, Michael**
**20 Belvedere Ct**
**Winnsboro, SC 29180**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

| 2.10 3 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**State of New Jersey**
**Division of Taxation**
**Gross Income Tax**
**50 Barrack Street**
**Trenton, NJ 08625**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **0.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

| 2.10 4 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Tarica, Helene Norma**
**2000 Linwood Ave #3p**
**Fort Lee, NJ 07024**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **360.00**    $ **360.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Debtor 1    **Steven Udwin**

First Name          Middle Name          Last Name          Case number *(if know)*

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.10 5 | | | |
|---|---|---|---|

**Priority creditor's name and mailing
address**
**Tarica, Justin**
**2100 Linwood Avenue**
**Apt. 2S**
**Fort Lee, NJ 07024**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,307.70**          $ **2,307.70**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.10 6 | | | |
|---|---|---|---|

**Priority creditor's name and mailing
address**
**Udwin, Dennis**
**23 Suffolk Ln**
**Tenafly, NJ 07670**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,861.62**          $ **2,861.62**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.10 7 | | | |
|---|---|---|---|

**Priority creditor's name and mailing
address**
**Udwin, Roy N**
**19 Willis Dr**
**Closter, NJ 07624**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **7,847.00**          $ **7,847.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Steven Udwin**
       First Name          Middle Name          Last Name          Case number (if know)

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.108**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| **Urgiles, Maria** | Check all that apply. |
| 110 Clove Ave. | ☐ Contingent |
| Haverstraw, NY 10927 | ☐ Unliquidated |
| | ☐ Disputed |

$ **628.50**    $ **628.50**

**Date or dates debt was incurred**    **Basis for the claim:**

**Last 4 digits of account number**    **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.109**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| **Uribe Gil, Julian** | Check all that apply. |
| 150 Tryon Ave | ☐ Contingent |
| Apt F 11 | ☐ Unliquidated |
| Englewood, NJ 07631 | ☐ Disputed |

$ **628.50**    $ **628.50**

**Date or dates debt was incurred**    **Basis for the claim:**

**Last 4 digits of account number**    **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.110**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| **Uribe, Magda Luz** | Check all that apply. |
| 6502 Polk St | ☐ Contingent |
| West New York, NJ 07093 | ☐ Unliquidated |
| | ☐ Disputed |

$ **628.50**    $ **628.50**

**Date or dates debt was incurred**    **Basis for the claim:**

**Last 4 digits of account number**    **Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
      First Name        Middle Name        Last Name      Case number (if know) _____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.11 1 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Valencia, Adriana**
260 Hwoland St.
Englewood, NJ 07631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50          $ 628.50

**Date or dates debt was incurred**                    **Basis for the claim:**

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                     ■ No
                                                     ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.11 2 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Valencia, Jesus A.**
62 Hille Pl.
Ridgefield Park, NJ 07660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,050.00          $ 1,050.00

**Date or dates debt was incurred**                    **Basis for the claim:**

**Last 4 digits of account number**                    **Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.11 3 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Vasquez, Ana Mercedes**
140 Howard Drive
Bergenfield, NJ 07621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50          $ 628.50

**Date or dates debt was incurred**                    **Basis for the claim:**

**Last 4 digits of account number**                    **Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____    _____    _____    Case number (if know) _____
First Name    Middle Name    Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.11 |
| 4 |

**Priority creditor's name and mailing address**
**Veca, Catherine**
**101 E Sheffield ave**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,514.00        $ 1,514.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.11 |
| 5 |

**Priority creditor's name and mailing address**
**Velasquez, Norma**
**180 Franklin St**
**Nyack, NY 10960**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50        $ 628.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.11 |
| 6 |

**Priority creditor's name and mailing address**
**Vicario, Mariana**
**42 W Railroad Ave.**
**Tenafly, NJ 07670**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50        $ 628.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1   **Steven Udwin**
      First Name           Middle Name          Last Name         Case number (if know)

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.117**

**Priority creditor's name and mailing address**
**Von Glahn, Darlene R**
**20 Poplar St**
**Cresskill, NJ 07626**

As of the petition filing date, the claim is:    $ **1,890.00**    $ **1,890.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Basis for the claim:

**Last 4 digits of account number**    Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.118**

**Priority creditor's name and mailing address**
**Walker, Jimmy**
**3672 Kincaid Bridge Rd**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:    $ **843.75**    $ **843.75**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Basis for the claim:

**Last 4 digits of account number**    Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.119**

**Priority creditor's name and mailing address**
**Washington, Lashunda**
**415 South Garden St**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:    $ **1,021.50**    $ **1,021.50**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Basis for the claim:

**Last 4 digits of account number**    Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____
First Name        Middle Name              Last Name

Case number (if know) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.12 0 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Weldon, Sha'Donna**
**170 Harmony Circle**
**Ridgeway, SC 29130**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

_____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.12 1 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Wilburn, Beatrice**
**14 High Hill Rd**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,527.00**    $ **1,527.00**

_____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.12 2 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Willingham, Carolyn**
**2179 Heyward Brockington Rd**
**Bowling Green, SC 29703**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **758.50**    $ **758.50**

_____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1   **Steven Udwin**
_____   _____   _____
First Name        Middle Name        Last Name      Case number (if know) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.12 3 | | |
|---|---|---|

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 800.00 | $ 800.00 |
|---|---|---|---|

**Wilson, Dedra**
**216 Patton St**
**Winnsboro, SC 29180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.12 4 | | |
|---|---|---|

**Priority creditor's name and mailing
address**
**Wise, James**
**65 Brantley Ave**
**Ridgeway, SC 29130**

**As of the petition filing date, the claim is:**          $ 760.00     $ 760.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.12 5 | | |
|---|---|---|

**Priority creditor's name and mailing
address**
**Worthy, Antonio**
**615 Janice Reeves Rd**
**Ridgeway, SC 29130**

**As of the petition filing date, the claim is:**          $ 740.00     $ 740.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Steven Udwin**

First Name          Middle Name          Last Name          Case number (if know)

**Specify Code subsection of PRIORITY**
**unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.12 6 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Young, Gregory**
**89 Westgate Dr**
**Winnsboro, SC 29180**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,730.00          $ 1,730.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY**
**unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.12 7 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Young, Tawanda**
**400 Plamer St**
**Winnsboro, SC 29180**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 740.00          $ 740.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY**
**unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.12 8 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Zuniga, Gladis A.**
**154 W. Demarest Ave.**
**2nd Floor**
**Bergenfield, NJ 07621**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 628.50          $ 628.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
_____
First Name        Middle Name        Last Name        Case number (if know) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (<u>4</u>)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 481.89 |
|---|---|---|---|

**A T & T**
**PO Box 10330**
**Fort Wayne, IN 46851**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,720.00 |
|---|---|---|---|

**AC Transformer**
**89 Madison St**
**Newark, NJ 07105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 639.55 |
|---|---|---|---|

**Ace-Walco Pest Control**
**138 E Edgar Rd PO Box 4130**
**Linden, NJ 07036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 192.01 |
|---|---|---|---|

Debtor 1   **Steven Udwin**

First Name          Middle Name          Last Name          Case number (if know) _____

**ACS Auxiliaries Group Inc**
**2900 S 160th St.**
**New Berlin, WI 53151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5 |
|-----|

**Nonpriority creditor's name and mailing address**
**ADP**
**One ADP Drive MS-100**
**Augusta, GA 30909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   3,370.67

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.6 |
|-----|

**Nonpriority creditor's name and mailing address**
**AIG Insurance (WC)**
**22427 Network Place**
**Chicago, IL 60673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   21,511.00

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7 |
|-----|

**Nonpriority creditor's name and mailing address**
**AIN Plastics Division**
**60 Fullerton Ave**
**Yonkers, NY 10704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   464.27

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**
      First Name       Middle Name       Last Name      Case number (if know)

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 10,361.51 |

**American Express**
PO Box 1270
Newark, NJ 07101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 5,584.56 |

**American Hose & Hydraulics**
700 21st Ave
Paterson, NJ 07513

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 317.00 |

**Atlantic Coast Trucking LLC**
6 Ramland Rd
Orangeburg, NY 10962

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,443.26 |

**Atlantic Kenmark Electric Inc**
11 Ewing Ave
North Arlington, NJ 07031

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Debtor 1   **Steven Udwin**
_____ _____ _____
First Name        Middle Name        Last Name

Case number (if know) _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 33,211.15 |

**Borough Of Northvale**
**116 Paris Avenue**
**Northvale, NJ 07647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 637.70 |

**Brice's Plumbing  SC**
**506 STATE HIGHWAY 200**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 7,594.85 |

**Bureau Veritas HK**
**Room 23-25, 10/F., Pacific Trade Centre**
**2 Kai Hing Road, Kowloon Bay**
**Kowloon, Hong Kong**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 2,865.00 |

**Bureau Veritas US**
**14624 Collections Center Drive**
**Chicago, IL 60693**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **Steven Udwin**

First Name        Middle Name        Last Name        Case number (if know) _____

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,549.02 |
|---|---|---|---|

**C & C Lift/Truck**
**30 Parkway Pl**
**Edison, NJ 08837**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 794.52 |
|---|---|---|---|

**Central Transport**
**271 Norman Ave**
**Brooklyn, NY 11222**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,545.55 |
|---|---|---|---|

**Chep USA**
**15226 Collections Center Drive**
**Chicago, IL 60693**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,379.00 |
|---|---|---|---|

Debtor 1    **Steven Udwin**
            First Name        Middle Name        Last Name        Case number (if know) _____

**Cobb Tool Inc**                           *Check all that apply.*
**5886 Dodgen Rd SW**                       ☐ Contingent
**Mableton, GA 30126**                      ☐ Unliquidated
_____                ☐ Disputed

                                            **Basis for the claim:**
                                            _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**
                                               ■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 100,036.85 |

**Color Carton Corporation**               *Check all that apply.*
**341 Canal Place**                         ☐ Contingent
**Bronx, NY 10451**                         ☐ Unliquidated
_____                ☐ Disputed

                                            **Basis for the claim:**
                                            _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**
                                               ■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 67,394.75 |

**Colorco**                                 *Check all that apply.*
**1261 W.Elizabeth Avenue**                 ☐ Contingent
**Linden, NJ 07036**                        ☐ Unliquidated
_____                ☐ Disputed

                                            **Basis for the claim:**
                                            _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**
                                               ■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 264.21 |

**Columbia Fire & Safety Inc**              *Check all that apply.*
**767 Meeting St**                          ☐ Contingent
**West Columbia, SC 29169**                 ☐ Unliquidated
_____                ☐ Disputed

                                            **Basis for the claim:**
                                            _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**
                                               ■ No
Last 4 digits of account number _____    ☐ Yes

---

Debtor 1   **Steven Udwin**

First Name          Middle Name          Last Name          Case number (if know)

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 7,375.00 |
|---|---|---|---|

**Command Transportation**
7500 Frontage Rd
Skokie, IL 60077

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 377.69 |
|---|---|---|---|

**Consumer Testing Labs**
611 Dream Valley Road
Rogers, AR 72756

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,314.43 |
|---|---|---|---|

**Coyote**
PO Box 742636
Atlanta, GA 30374

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 12,445.44 |
|---|---|---|---|

**Delcor Polymers**
2536 Winterbrooke Drive
Matthews, NC 28105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

---

Official Form 206 E/F               Schedule E/F: Creditors Who Have Unsecured Claims               Page 50 of 68

Debtor 1    **Steven Udwin**
　　　　First Name　　　　　　Middle Name　　　　　　Last Name　　　　　　Case number (if know)　_____

---

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,825.00 |

**East Coast Transport LLC**
**195 Borelli Blvd**
**Paulsboro, NJ 08006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 775.00 |

**East West Electrical Contractors Inc**
**19 Tyson Pl**
**Bergenfield, NJ 07631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 9,000.00 |

**Echo Molding**
** 911 Springfield Rd # 1**
**Union, NJ 07083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 757.48 |

**Electric Control & Supply**
**PO Box 3415**
**Columbia, SC 29230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **Steven Udwin**

First Name                Middle Name                Last Name                Case number (if know)

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ | 4,419.00 |
|---|---|---|---|---|

**Electronic Die Corp**
89 19th St
Brooklyn, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ | 3,277.93 |
|---|---|---|---|---|

**Fairfield Memorial Hospital**
303 NW 11th St
Fairfield, IL 62837

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ | 4,550.00 |
|---|---|---|---|---|

**GlobalTranz**
5415 E. High St. Suite 460
Phoenix, AZ 85054

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 686,577.28 |
|---|---|---|---|---|

Debtor 1   **Steven Udwin**
    First Name      Middle Name      Last Name      Case number (if know)

**H. Muehlstein & Co. Inc.**
**PO Box 25084**
**Lehigh Valley, PA 18002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.35**

Nonpriority creditor's name and mailing address
**Hager Law PLLC**
**11 Broadway Suite 615**
**New York, NY 10004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **2,450.00**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.36**

Nonpriority creditor's name and mailing address
**Haynsworth Boyd**
**134 Meeting St # 300**
**Charleston, SC 29401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **49,194.62**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.37**

Nonpriority creditor's name and mailing address
**Hobgood Electric & Machinery Co. Inc.**
**10330 Monticello Rd**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **1,270.80**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Debtor 1    **Steven Udwin**

First Name            Middle Name            Last Name            Case number (if know)

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **3,950.00** |

**Innovative Plastics NY**
**400 Route 303**
**Orangeburg, NY 10962**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **12,935.00** |

**Innovative Plastics SC**
**30 Commerce Blvd**
**Ridgeway, SC 29130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **3,380.00** |

**J.B.Hunt Transport Inc**
**8 Capica Ct**
**South Amboy, NJ 08879**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **57,500.00** |

**Jack Pedowitz Machinery Movers**
**3240 Lawrence Avenue**
**Oceanside, NY 11572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

---

Debtor 1    **Steven Udwin**

      First Name                  Middle Name                Last Name

Case number (if know) _____

| | | |
|---|---|---|
| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| | | ■ No |
| Last 4 digits of account number | _____ | ☐ Yes |

---

**3.42** Nonpriority creditor's name and mailing address
**Jake & Crew LLC**
**c/o Timothy M. Haggerty**
**Friedman Kaplan Seiler & Adelman LLP**
**One Gateway Center, 25th Floor**
**Newark, NJ 07101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
**John Peters Professional Limo**
**55 Walnut St #102b**
**Norwood, NJ 07648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **103.72**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
**JPG North America Inc**
**1501 42nd St, Ste 470**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **505.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$    **182,549.71**

---

Debtor 1   **Steven Udwin**
_____    Case number (if know) _____
First Name        Middle Name        Last Name

| | |
|---|---|
| **JW Hampton Jr. & Co.**<br>**161-15 Rockaway Blvd.**<br>**Jamaica, NY 11434** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**
                                                    ■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address**<br>**L G Machinery Service LLC**<br>**375 International Park Suite 400**<br>**Newnan, GA 30265** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   **7,953.65** |
|---|---|---|---|

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**
                                                    ■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Ladas Parry LLP**<br>**1040 6th Ave**<br>**New York, NY 10018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   **8,467.50** |
|---|---|---|---|

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**
                                                    ■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Lakeland Bank**<br>**c/oMcElroy, Deutsch, Mulvaney**<br>**&Carpenter**<br>**1300 Mt Kemble Ave**<br>**Morristown, NJ 07962** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   **0.00** |
|---|---|---|---|

**Basis for the claim:**    **Notice Only** _____

Debtor 1   **Steven Udwin**
First Name          Middle Name              Last Name

Case number (if know) _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **32,007.24**
**Lakeland Bank Mortgage**
**250 Oak Ridge Road**
**Oak Ridge, NJ 07438**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **109,391.60**
**Lehigh Polymers**
**11 McFadden Rd**
**Easton, PA 18045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **457.43**
**Lorco Petroleum Services**
**450 S Front St**
**Elizabeth, NJ 07202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **8,000.00**
**Mejia's Delivery Inc**
**8 Glenmore Ave**
**Brentwood, NY 11717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   **Steven Udwin**
_____ First Name _____ Middle Name _____ Last Name

Basis for the claim: _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 350.00 |
|---|---|---|---|
| | **Midlands Fire Protection, Inc** | Check all that apply. | |
| | **10125 Farrow Rd** | ☐ Contingent | |
| | **Blythewood, SC 29016** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim: _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 260.55 |
|---|---|---|---|
| | **North East Fire & Safety Equip Co Inc** | Check all that apply. | |
| | **192 Railroad Ave** | ☐ Contingent | |
| | **Northvale, NJ 07647** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim: _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 73.69 |
|---|---|---|---|
| | **Oak Tree Printing** | Check all that apply. | |
| | **88 NY-303** | ☐ Contingent | |
| | **Tappan, NY 10983** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim: _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,602.15 |
|---|---|---|---|

---

Debtor 1    **Steven Udwin**
First Name        Middle Name        Last Name

Case number (if know) _____

**Old Dominion Freight Line Inc**
**500 Old Dominion Way**
**Thomasville, NC 27360**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.57 | | | $ 1,992.00 |

**Nonpriority creditor's name and mailing address**
**Open Text GXS**
**9711Washingtonian Blvd**
**Suite 700**
**Gaithersburg, MD 20878**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.58 | | | $ 3,826.94 |

**Nonpriority creditor's name and mailing address**
**Palmetto Compressors Inc**
**302 Hughes St**
**Fountain Inn, SC 29644**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.59 | | | $ 8,607.36 |

**Nonpriority creditor's name and mailing address**
**PDM Group**
**1258 Cranbury South River Rd**
**Cranbury, NJ 08512**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor 1    **Steven Udwin**
_____
First Name        Middle Name        Last Name                    Case number (if know) _____

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 450.00 |

**Precision Equipment & Design LLC**
1131 US-321 BUS
Winnsboro, SC 29180

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 685.04 |

**Preferred Plastic Packaging Co.**
681 Main St
Linden, NJ 07036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 11,034.92 |

**President Container**
200 W Commercial Ave
Moonachie, NJ 07074

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 11,826.00 |

**PSB Boisjoli LLP**
3333 Graham Boulevard
Suite 400
Montreal, H3R 3L5, QC

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

---

Debtor 1    **Steven Udwin**
    First Name            Middle Name            Last Name

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.64**

Nonpriority creditor's name and mailing address
**PSE&G**
**400 Victoria Terrace**
**Ridgefield, NJ 07657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **14,471.47**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.65**

Nonpriority creditor's name and mailing address
**PSE&G**
**400 Victoria Terrace**
**Ridgefield, NJ 07657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **275.36**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.66**

Nonpriority creditor's name and mailing address
**Quality Thermoforming linc SC**
**131 Southchase Blvd**
**Fountain Inn, SC 29644**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **81,206.98**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.67**

Nonpriority creditor's name and mailing address
**R, O'leary**
**44 Glenwood Dr N**
**Bergenfield, NJ 07621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **203.30**

---

Debtor 1    **Steven Udwin**

First Name          Middle Name                    Last Name                              Case number (if know)

---

Basis for the claim: _____

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
                                                   ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Remus Holdings, Inc.**
c/o Paul N. Silverstein, Esq.
**Andrews Kurth LLP**
**450 Lexington Avenue**
**New York, NY 10017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
                                                   ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 5,322.88 |
|---|---|---|---|

**Republic Services**
**3168 Charleston Hwy**
**West Columbia, SC 29172**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
                                                   ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 31,255.56 |
|---|---|---|---|

**Rockland Electric**
**1 Blue Hill Plaza**
**Pearl River, NY 10965**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
                                                   ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,258.20 |
|---|---|---|---|

Debtor 1  **Steven Udwin**
_____
First Name        Middle Name        Last Name        Case number (if know) _____

**Sealectric Corporation**
**36 Getty Ave**
**Clifton, NJ 07011**

_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 3,475.00 |
|------|------|------|------|------|

**Simon & Deitz, LLC**
**42 E Main St #204**
**Freehold, NJ 07728**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 59.36 |
|------|------|------|------|------|

**Southeastern Freight Lines**
**420 Davega Road**
**Lexington, SC 29073**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 457.28 |
|------|------|------|------|------|

**Staples**
**PO Box 183174**
**Columbus, OH 43218**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **Steven Udwin**

First Name    Middle Name    Last Name    Case number (if know)

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Stonefield Engineering & Design**
**75 Orient Way, Suite 303**
**Rutherford, NJ 07070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    312.90

Date or dates debt was incurred

Is the claim subject to offset?
■ No

Last 4 digits of account number

☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**
**Streamline Plastics**
**2590 Park Ave**
**Bronx, NY 10451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    11,047.20

Date or dates debt was incurred

Is the claim subject to offset?
■ No

Last 4 digits of account number

☐ Yes

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Telson Corp**
**PO Box 660**
**Bergenfield, NJ 07621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    254.52

Date or dates debt was incurred

Is the claim subject to offset?
■ No

Last 4 digits of account number

☐ Yes

---

**3.78**

**Nonpriority creditor's name and mailing address**
**Temptek**
**525 East Stop 18 Road**
**Greenwood, IN 46142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    2,912.00

---

| Debtor 1 | **Steven Udwin** | | | Case number *(if know)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 135,029.38 |
|---|---|---|---|

**Town of Winnsboro/Utility**
PO Box 209
Winnsboro, SC 29180

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 304.62 |
|---|---|---|---|

**Tri State/Perfection Knife Grinding**
3 S Gold Dr
Trenton, NJ 08691

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,380.00 |
|---|---|---|---|

**U S Logistics Inc**
350 Benigno Blvd
Bellmawr, NJ 08031

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 9,417.23 |
|---|---|---|---|

**Uline**
12575 Uline Drive
Pleasant Prairie, WI 53158

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **Steven Udwin**
_____
First Name        Middle Name        Last Name

Case number (if know) _____

---

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.83 | | | |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**

**UPS**
28013 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **1,120.53**

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.84 | | | |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Viatech Publishing Solutions**
4434 Mcewen Rd
Dallas, TX 75244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **174,670.38**

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.85 | | | |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Victory Box Corporation**
645 West 1st Avenue
Roselle, NJ 07203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **196,624.72**

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.86 | | | |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$    **5,102.50**

---

Debtor 1    **Steven Udwin**
            First Name          Middle Name          Last Name                    Case number (if know) _____

**VMI**
**365 Bayshore Road**
**Deer Park, NY 11729**

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | | $ | **20,918.18** |

**Walgreens**
**200 Wilmot Rd**
**Deerfield, IL 60015**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | | $ | **16,017.82** |

**Waste Management**
**215 Varick Avenue**
**Brooklyn, NY 11237**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | | $ | **1,882.50** |

**WBG Guimarin**
**1124 Bluff Industrial Blvd**
**Columbia, SC 29201**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1    **Steven Udwin**

First Name    Middle Name    Last Name    Case number (if know)

---

| 3.90 | | | |

**Nonpriority creditor's name and mailing address**

**Westphal Waste Services Inc**
**14 Jay St**
**Norwood, NJ 07648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    1,860.37

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.91 | | | |

**Nonpriority creditor's name and mailing address**

**YRC Freight**
**10990 Roe Avenue**
**Overland Park, KS 66211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    2,307.06

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 109,693.07 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,243,024.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,352,717.86 |

---

Fill in this information to identify the case:

Debtor name    **Enor Corporation**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease** | |
|---|---|---|---|
| | State the term remaining | | **140 Walnut Street LLC** |
| | List the contract number of any government contract | | **177 Veterans Dr** |
| | | | **Northvale, NJ** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **245 Livingston, LLC** |
| | | | **c/o Enor Corporation** |
| | List the contract number of any government contract | | **245 Livingston St.** |
| | | | **Northvale, NJ 07647** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Forward Belt Conveyor/Chillers** | |
|---|---|---|---|
| | State the term remaining | | **Direct Capital** |
| | List the contract number of any government contract | | **155 Commerce way** |
| | | | **Portsmouth, NH 03801** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Enor SC Corporation** |
| | | | **c/o Enor Corporation** |
| | List the contract number of any government contract | | **245 Livingston St.** |
| | | | **Northvale, NJ 07647** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Enor Corporation**
                First Name        Middle Name              Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**4 Vacum Loaders**
**1 Portable Chiller**

State the term remaining

List the contract number of any government contract

**M2 Lease Funds**
**175 North Patrick Boulevard**
**Brookfield, WI 53045**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**1 Goldstar Injection**
**Molding Machine**
**1 Portable Chiller**

State the term remaining

List the contract number of any government contract

**M2 Lease Funds**
**175 North Patrick Boulevard**
**Brookfield, WI 53045**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Two Apartment Leases**
**in South Carolina**

State the term remaining

List the contract number of any government contract

**Pegasus Residential LLC**
**10682 Two Notch Rd.**
**Elgin, SC 29045**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Fork Lift Lease**
**301-0192825-002**

State the term remaining

List the contract number of any government contract

**Wells Fargo Equipment Finance**
**PO Box 7777**
**San Francisco, CA 94120**

**Fill in this information to identify the case:**

Debtor name    **Enor Corporation**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1   **David Tarica** | **36 Dean Drive** <br> **Tenafly, NJ 07670** | **TD Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   **Steven C. Udwin** | **23 Suffolk Lane** <br> **Tenafly, NJ 07670** | **TD Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Enor Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ☐ Operating a business<br>■ Other  **12/12-11/13:**<br>**Business Income** | **$10,722,094.00** |
| **For the fiscal year:**<br>From  /  / to  /  / | ☐ Operating a business<br>■ Other  **12/14-10/15:**<br>**Business Income** | **$7,869,878.53** |
| **For the fiscal year:**<br>From  /  / to  /  / | ☐ Operating a business<br>■ Other  **12/13-11/14:**<br>**Business Income** | **$10,740,037.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Enor Corporation**                                                      Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   See Exhibit "E" | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |

---

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See answer to question #30 | | $0.00 | |

---

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Jake & Crew LLC v. Enor Corporation<br>Case No. L-3123-15 | | Superior Court of New Jersey<br>Law Division | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   Color Co., Inc. v. Enor Corporation | collection | Superior Court of New Jersey<br>Law Division | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   President Container v. Enor Corporation | collection | Superior Court of New Jersey<br>Law Division | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

**EXHIBIT E**

ALL payments made in Last 90 Days

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| | 8/1/15 | TD BANK, N.A | 10500 | 9,756.00 |
| | 8/2/15 | CHASE AUTO FINANCE | 10500 | 264.54 |
| | 8/2/15 | WELLS FARGO FIN.LEASING | 10500 | 520.88 |
| | 8/2/15 | TD BANK, N.A | 10500 | 16,143.00 |
| | 8/3/15 | Endurance Insurance | 10500 | 500.00 |
| 2260 | 8/3/15 | JUSTIN TARICA | 10500 | 1,872.27 |
| 2259 | 8/3/15 | MARTHA GUTIERREZ | 10500 | 1,291.36 |
| 2261 | 8/3/15 | CATHERINE VECA | 10500 | 1,148.59 |
| 2262 | 8/3/15 | DARLENE VON GLAHN | 10500 | 1,360.34 |
| 2263 | 8/3/15 | Shanker Iyer | 10500 | 2,253.75 |
| | 8/3/15 | XEROX CORPORATION | 10500 | 105.23 |
| | 8/3/15 | XEROX CORPORATION | 10500 | 326.28 |
| | 8/3/15 | AT&T | 10500 | 304.48 |
| | 8/3/15 | TD BANK, N.A | 10500 | 2,484.39 |
| | 8/3/15 | ENOR CORP Payroll | 10500 | 372.22 |
| | 8/3/15 | VALLEY NATIONAL BANK | 11100 | 102.40 |
| 2129 | 8/4/15 | PSB Boisjoli LLP | 10500 | 1,500.00 |
| 2264 | 8/4/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| | 8/4/15 | WELLS FARGO FIN.LEASING | 10500 | 520.08 |
| | 8/5/15 | | 10500 | 2,547.90 |
| 2142 | 8/5/15 | INNOVATIVE PLASTICS | 10500 | 790.00 |
| WT | 8/5/15 | SCALES IND.TECH. INC. | 10500 | 197.51 |
| | 8/5/15 | HORIZON BLUE CROSS/SHIELD | 10500 | 334.58 |
| | 8/5/15 | ENCLAVE BLYTHEWOOD | 10500 | 1,145.00 |
| | 8/5/15 | ENCLAVE BLYTHEWOOD | 10500 | 1,385.00 |
| | 8/5/15 | RABINOWITZ, LUBETKIN & TULLY, LLC | 11100 | 40,000.00 |
| | 8/6/15 | ENOR CORP Payroll | 10500 | 1,837.90 |
| 2268 | 8/6/15 | SEALECTRIC CORPORATION | 10500 | 600.00 |
| 2269 | 8/6/15 | COBB TOOL INC. | 10500 | 900.00 |
| 2270 | 8/6/15 | AMERICAN DURAFILM CO INC | 10500 | 1,522.50 |
| | 8/7/15 | UNITED HEALTH CARE INS CO. | 10500 | 165.12 |
| | 8/7/15 | IPFS CORPORATION | 10500 | 2,996.38 |
| | 8/7/15 | SPS COMMERCE | 10500 | 99.00 |
| | 8/7/15 | SPS COMMERCE | 10500 | 1,430.00 |
| | 8/7/15 | Barclay card | 10500 | 638.00 |
| | 8/7/15 | ENOR CORP Payroll | 10500 | 32,728.91 |
| 2271 | 8/7/15 | COLUMBIA UNIVERSITY RADIOLOGY | 10500 | 135.00 |
| 2272 | 8/7/15 | OLGA OCAMPO | 10500 | 196.90 |
| 2273 | 8/7/15 | ADAN LOPEZ | 10500 | 556.73 |
| 2274 | 8/7/15 | ROBERTO MARTINEZ | 10500 | 340.90 |
| 2275 | 8/7/15 | JENYFER LUNA | 10500 | 374.52 |
| 2276 | 8/7/15 | JOSE KEVIN CORTEZ | 10500 | 180.00 |
| 2277 | 8/7/15 | ALEXANDRA FLORES | 10500 | 135.27 |
| 2278 | 8/7/15 | KATALINA PERAZA | 10500 | 117.70 |
| 2279 | 8/7/15 | ROCIO MONTES | 10500 | 275.08 |
| 2280 | 8/7/15 | ESMERALDA R.SANTOS | 10500 | 309.60 |
| 2281 | 8/7/15 | LIBIA GARCIA | 10500 | 249.48 |
| 2282 | 8/7/15 | AGL WELDING SUPPLY CO,INC | 10500 | 75.00 |
| 2283 | 8/7/15 | S.C.DEPARMENT OF REVENUE | 10500 | 441.78 |
| 2284 | 8/7/15 | FAIRFIELD COUNTY FAMILY COURT | 10500 | 1,134.84 |
| 2285 | 8/7/15 | NC Child Support Centalized Collections | 10500 | 548.30 |
| 2286 | 8/7/15 | Clerk of Court - Newberry | 10500 | 243.60 |
| 2287 | 8/7/15 | Douglas K. Nolan Trust Account | 10500 | 340.00 |
| | 8/7/15 | UNITED PARCEL SERVICE | 10500 | 112.76 |

| | 8/7/15 | SUBURBAN PROPANE-1053 | 10500 | 1,436.64 |
|---|---|---|---|---|
| | 8/7/15 | ENOR CORP Payroll | 10500 | 7,228.37 |
| | 8/7/15 | CHASE AUTO FINANCE | 10500 | 529.00 |
| | 8/9/15 | DIRECT CAPITAL CORPORATION | 10500 | 788.15 |
| | 8/9/15 | BANK OF AMERICA | 10500 | 500.00 |
| | 8/10/15 | TOYOTA FINACIAL SERVICES | 10500 | 299.00 |
| | 8/10/15 | Endurance Insurance | 10500 | 500.00 |
| 2288 | 8/10/15 | LUZ MARIA VENTURA | 10500 | 67.50 |
| 2289 | 8/10/15 | HOP INDUSTRIES | 10500 | 2,478.00 |
| | 8/10/15 | AMERICAN EXPRESS | 10500 | 612.62 |
| | 8/10/15 | ENOR CORP Payroll | 10500 | 5,529.69 |
| | 8/10/15 | CHUBB | 10500 | 737.70 |
| | 8/10/15 | EXXONMOBIL | 10500 | 166.41 |
| | 8/10/15 | Bamberger Polymers Inc | 11100 | 30,318.48 |
| 2130 | 8/11/15 | PSB Boisjoli LLP | 10500 | 1,500.00 |
| 2290 | 8/11/15 | DILMAR OIL COMPANY, INC. | 10500 | 806.89 |
| 2291 | 8/11/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| 2292 | 8/11/15 | TPC | 10500 | 196.88 |
| | 8/11/15 | CHASE CARD SERVICES | 10500 | 413.00 |
| | 8/11/15 | HORIZON BLUE CROSS/SHIELD | 10500 | 482.34 |
| | 8/11/15 | Barclay card | 10500 | 1,348.63 |
| | 8/11/15 | ENOR CORP Payroll | 10500 | 2,374.03 |
| 1091 | 8/11/15 | ACE LOCKSMITH | 10500 | 165.00 |
| 2143 | 8/12/15 | INNOVATIVE PLASTICS | 10500 | 790.00 |
| 2293 | 8/12/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| | 8/12/15 | HORIZON BLUE CROSS/SHIELD | 10500 | 482.34 |
| | 8/12/15 | AMERICAN EXPRESS | 10500 | 5,029.19 |
| | 8/12/15 | ENOR CORP Payroll | 10500 | 502.73 |
| 2294 | 8/13/15 | JEFFREY LANDSCAPING | 10500 | 260.00 |
| 2295 | 8/13/15 | LAKELAND BANK | 10500 | 2,500.00 |
| | 8/13/15 | ONE TONG BLOW MOULDING MACHINERY CO. LT | 10500 | 565.00 |
| | 8/13/15 | Barclay card | 10500 | 386.30 |
| | 8/13/15 | Cresskill Cable | 10500 | 389.50 |
| | 8/13/15 | Cresskill Cable | 10500 | 1,293.44 |
| | 8/14/15 | ULINE | 10500 | 1,446.78 |
| 2299 | 8/14/15 | COBB TOOL INC. | 10500 | 3,580.00 |
| | 8/14/15 | QINGDAO YANKANG PLASTIC MACHINERY | 10500 | 480.00 |
| | 8/14/15 | Bamberger Polymers Inc | 10500 | 19,380.00 |
| 2300 | 8/14/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| Wire | 8/14/15 | J.W.HAMPTON JR.& CO. | 10500 | 5,250.00 |
| 2301 | 8/14/15 | ROBERT MCKEOWN CO.,INC. | 10500 | 110.39 |
| | 8/14/15 | TD  BANK, N.A | 10500 | 603.60 |
| | 8/14/15 | UNITED PARCEL SERVICE | 10500 | 377.53 |
| | 8/14/15 | ENOR CORP Payroll | 10500 | 16,218.41 |
| | 8/14/15 | ENOR CORP Payroll | 10500 | 1,111.07 |
| | 8/15/15 | DIRECT CAPITAL CORPORATION | 10500 | 720.14 |
| | 8/16/15 | MERCEDES-BENZ CREDIT CORP | 10500 | 329.74 |
| | 8/17/15 | Endurance Insurance | 10500 | 500.00 |
| | 8/17/15 | Barclay card | 10500 | 141.06 |
| | 8/17/15 | Barclay card | 10500 | 1,000.00 |
| | 8/17/15 | AMERICAN EXPRESS | 10500 | 2,000.00 |
| 1107 | 8/17/15 | VICTORY BOX CORP. | 10500 | 7,482.00 |
| 2131 | 8/18/15 | PSB Boisjoli LLP | 10500 | 1,500.00 |
| | 8/18/15 | HORIZON BLUE CROSS/SHIELD | 10600 | 451.88 |
| 2144 | 8/19/15 | INNOVATIVE PLASTICS | 10500 | 790.00 |
| 2298 | 8/19/15 | DINARDI LANDSCAPE DESIGN INC. | 10500 | 1,364.25 |
| | 8/19/15 | ENOR CORP Payroll | 10500 | 11,902.73 |
| | 8/19/15 | Barclay card | 10500 | 59.99 |
| | 8/19/15 | HORIZON BLUE CROSS/SHIELD | 10500 | 1,048.84 |

| | 8/19/15 | AMERICAN EXPRESS | 10500 | 2,000.00 |
|---|---|---|---|---|
| | 8/19/15 | ENOR CORP Payroll | 10500 | 21,200.59 |
| | 8/19/15 | Barclay card | 10500 | 124.97 |
| | 8/19/15 | AMERICAN EXPRESS | 10500 | 1,000.00 |
| | 8/20/15 | AMERICAN HOSE & HYDRAULICS | 10500 | 3,042.00 |
| 2302 | 8/20/15 | COBB TOOL INC. | 10500 | 799.00 |
| | 8/20/15 | SHELL | 10500 | 486.35 |
| 2303 | 8/20/15 | DENNIS UDWIN | 10500 | 963.22 |
| | 8/20/15 | IPFS CORPORATION | 10500 | 15,334.89 |
| | 8/20/15 | HANOVER INSURANCE CO. | 10500 | 9,020.63 |
| 2304 | 8/20/15 | AIG INSURANCE | 10500 | 10,755.50 |
| 2305 | 8/20/15 | AUTOMATIC DATA PROCESSING | 10500 | 3,607.84 |
| 2306 | 8/20/15 | ELECTRONIC DIE CORP. | 10500 | 1,660.00 |
| | 8/20/15 | E-ZPASS | 10500 | 500.00 |
| | 8/20/15 | ENOR CORP Payroll | 10500 | 1,964.87 |
| | 8/20/15 | SSI NORTH AMERICA | 10500 | 2,115.00 |
| 8780 | 8/20/15 | CASH | 11100 | 600.00 |
| | 8/21/15 | SUNTRUST | 10500 | 434.50 |
| 2309 | 8/21/15 | CLERK OF SUPERIOR COURT | 10500 | 218.00 |
| 2310 | 8/21/15 | 140 WALNUT STREET, LLC | 10500 | 8,715.77 |
| 2311 | 8/21/15 | OLGA OCAMPO | 10500 | 134.07 |
| 2312 | 8/21/15 | JENYFER LUNA | 10500 | 481.92 |
| 2313 | 8/21/15 | ROBERTO MARTINEZ | 10500 | 81.58 |
| 2314 | 8/21/15 | AMPARO VILLADA | 10500 | 455.00 |
| 2315 | 8/21/15 | ROCIO MONTES | 10500 | 428.54 |
| 2316 | 8/21/15 | ESMERALDA R.SANTOS | 10500 | 500.00 |
| 2317 | 8/21/15 | KATALINA PERAZA | 10500 | 47.00 |
| 2318 | 8/21/15 | ADAN LOPEZ | 10500 | 138.00 |
| 2319 | 8/21/15 | ALEXANDRA FLORES | 10500 | 176.52 |
| 2323 | 8/21/15 | JOHN PETERS PROFESSIONAL LIMOUSINES | 10500 | 103.21 |
| 2324 | 8/21/15 | MEJIAS DELIVERY | 10500 | 1,500.00 |
| 2325 | 8/21/15 | OAK TREE PRINTING | 10500 | 73.69 |
| 2326 | 8/21/15 | Jim Moscone Plumbing and Heating Inc | 10500 | 1,105.25 |
| 2327 | 8/21/15 | TRI STATE KNIFE GRINDING CORP. | 10500 | 1,165.33 |
| 2328 | 8/21/15 | U.S. LOGISTICS, INC | 10500 | 146.69 |
| | 8/21/15 | UNITED PARCEL SERVICE | 10500 | 363.42 |
| | 8/21/15 | AMERICAN EXPRESS | 10500 | 1,000.00 |
| | 8/21/15 | ENOR CORP Payroll | 10500 | 3,233.73 |
| | 8/21/15 | Barclay card | 10500 | 106.61 |
| | 8/21/15 | CHASE CARD SERVICES | 10500 | 464.00 |
| | 8/21/15 | CONSUMER TESTING LABS,INC | 10500 | 492.53 |
| | 8/21/15 | ENOR CORP Payroll | 10500 | 2,637.25 |
| | 8/23/15 | M2 Lease Funds | 10500 | 638.00 |
| | 8/23/15 | M2 Lease Funds | 10500 | 687.98 |
| | 8/24/15 | AXA EQUITABLE PAYMENT CENTER | 10500 | 649.83 |
| | 8/24/15 | AXA EQUITABLE PAYMENT CENTER | 10500 | 750.29 |
| | 8/24/15 | Endurance Insurance | 10500 | 500.00 |
| 2132 | 8/25/15 | PSB Boisjoli LLP | 10500 | 1,500.00 |
| WIRE | 8/25/15 | TOWN OF WINNSBORO | 10500 | 12,895.41 |
| 2329 | 8/25/15 | U.S. LOGISTICS, INC | 10500 | 724.19 |
| 2330 | 8/25/15 | WESTPHAL WASTE SERVICES, LTD. | 10500 | 1,393.16 |
| 2331 | 8/25/15 | SAM'S TRUCKING CO. | 10500 | 1,500.00 |
| 2332 | 8/25/15 | MARTHA GUTIERREZ | 10500 | 1,023.00 |
| 2333 | 8/25/15 | THERMAL LABEL WAREHOUSE, LLC | 10500 | 182.00 |
| | 8/25/15 | ENOR CORP Payroll | 10500 | 982.06 |
| | 8/26/15 | AXA EQUITABLE PAYMENT CENTER | 10500 | 2,200.00 |
| 2145 | 8/26/15 | INNOVATIVE PLASTICS | 10500 | 790.00 |
| 2334 | 8/26/15 | NEWARK ELEMENT14 | 10500 | 82.88 |
| 2335 | 8/26/15 | ROCKLAND ELECTRIC COMPANY | 10500 | 15,000.00 |

| | | | | |
|---|---|---|---|---|
| | 8/27/15 | ENOR CORP Payroll | 10500 | 502.80 |
| | 8/27/15 | SHELL | 10500 | 43.21 |
| 2336 | 8/28/15 | Freightquote.com | 10500 | 1,250.00 |
| 2337 | 8/28/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| | 8/28/15 | UNITED PARCEL SERVICE | 10500 | 603.14 |
| | 8/28/15 | ENOR CORP Payroll | 10500 | 15,777.32 |
| 8781 | 8/28/15 | CASH | 11100 | 500.00 |
| 8782 | 8/28/15 | CASH | 11100 | 500.00 |
| | 8/31/15 | Endurance Insurance | 10500 | 500.00 |
| 2338 | 8/31/15 | S.C.DEPARMENT OF REVENUE | 10500 | 270.00 |
| 2339 | 8/31/15 | UnbeatableSale.com | 10500 | 80.00 |
| | 8/31/15 | Barclay card | 10500 | 84.75 |
| | 8/31/15 | XEROX CORPORATION | 10500 | 207.69 |
| | 8/31/15 | CHASE CARD SERVICES | 10500 | 327.00 |
| | 8/31/15 | ENOR CORP Payroll | 10500 | 740.61 |
| 8783 | 8/31/15 | CASH | 11100 | 500.00 |
| | 9/1/15 | TD  BANK, N.A | 10500 | 9,756.00 |
| 2134 | 9/1/15 | PSB Boisjoli LLP | 10500 | 1,500.00 |
| | 9/1/15 | Bamberger Polymers Inc | 10500 | 21,600.00 |
| 2340 | 9/1/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| | 9/1/15 | XEROX CORPORATION | 10500 | 105.23 |
| | 9/1/15 | AT&T | 10500 | 401.72 |
| | 9/1/15 | TD  BANK, N.A | 10500 | 2,484.39 |
| | 9/1/15 | ENOR CORP Payroll | 10500 | 681.98 |
| | 9/1/15 | VALLEY NATIONAL BANK | 11100 | 44.10 |
| | 9/2/15 | CHASE AUTO FINANCE | 10500 | 264.54 |
| | 9/2/15 | WELLS FARGO FIN.LEASING | 10500 | 520.88 |
| | 9/2/15 | TD  BANK, N.A | 10500 | 16,148.35 |
| 2146 | 9/2/15 | INNOVATIVE PLASTICS | 10500 | 790.00 |
| 2347 | 9/2/15 | MARTHA GUTIERREZ | 10500 | 1,296.35 |
| | 9/3/15 | ENOR CORP Payroll | 10500 | 23,702.73 |
| 2348 | 9/3/15 | GRASS ROOTS LAWN CARE | 10500 | 175.00 |
| 2349 | 9/3/15 | S.C.DEPARMENT OF REVENUE | 10500 | 345.66 |
| 2350 | 9/3/15 | FAIRFIELD COUNTY  FAMILY COURT | 10500 | 937.44 |
| 2351 | 9/3/15 | NC Child Support Centalized Collections | 10500 | 548.30 |
| 2352 | 9/3/15 | Clerk of Court - Newberry | 10500 | 121.80 |
| 2353 | 9/3/15 | Douglas K. Nolan Trust Account | 10500 | 340.00 |
| 2354 | 9/3/15 | CATHERINE VECA | 10500 | 1,148.59 |
| 2355 | 9/3/15 | GLOBE PHOTO ENG.CO.,LLC | 10500 | 137.00 |
| | 9/3/15 | MEDCO HEALTH SOLUTIONS | 10500 | 280.00 |
| | 9/3/15 | EXXONMOBIL | 10500 | 80.37 |
| | 9/4/15 | WELLS FARGO FIN.LEASING | 10500 | 520.08 |
| | 9/4/15 | ENOR CORP Payroll | 10500 | 13,102.25 |
| | 9/4/15 | ROCKLAND ELECTRIC | 10500 | 165.13 |
| 2356 | 9/4/15 | S C Department of Employment  and Workf | 10500 | 64.57 |
| 8784 | 9/4/15 | CASH | 11100 | 1,000.00 |
| | 9/5/15 | | 10500 | 2,547.90 |
| | 9/7/15 | UNITED HEALTH CARE INS CO. | 10500 | 165.12 |
| 2135 | 9/8/15 | PSB Boisjoli LLP | 10500 | 1,500.00 |
| | 9/8/15 | ENOR CORP Payroll | 10500 | 2,500.00 |
| | 9/8/15 | XEROX CORPORATION | 10500 | 275.39 |
| | 9/8/15 | DIRECT CAPITAL CORPORATION | 10500 | 407.10 |
| | 9/8/15 | BANK OF AMERICA | 10500 | 500.00 |
| | 9/8/15 | ENOR CORP Payroll | 10500 | 5,262.23 |
| | 9/8/15 | UNITED PARCEL SERVICE | 10500 | 507.63 |
| | 9/8/15 | TD  BANK, N.A | 10500 | 295.11 |
| | 9/8/15 | AUTOMATIC DATA PROCESSING | 10500 | 307.92 |
| 1108 | 9/8/15 | SHREE JI PRINTING CO. | 10500 | 3,563.00 |
| 2147 | 9/9/15 | INNOVATIVE PLASTICS | 10500 | 790.00 |

|      |         |                            |       |           |
|------|---------|----------------------------|-------|-----------|
|      | 9/9/15  | ULINE                      | 10500 | 2,443.98  |
|      | 9/9/15  | FEDEX                      | 10500 | 2,079.08  |
| 2357 | 9/9/15  | COBB TOOL INC.             | 10500 | 1,954.27  |
| 2358 | 9/9/15  | SAM'S TRUCKING CO.         | 10500 | 1,500.00  |
| 2359 | 9/9/15  | LIBIA GARCIA               | 10500 | 381.40    |
| 2360 | 9/9/15  | JENYFER LUNA               | 10500 | 388.36    |
| 2361 | 9/9/15  | ROBERTO MARTINEZ           | 10500 | 489.20    |
| 2362 | 9/9/15  | ROCIO MONTES               | 10500 | 457.04    |
| 2363 | 9/9/15  | AMPARO VILLADA             | 10500 | 420.00    |
| 2364 | 9/9/15  | ESMERALDA R.SANTOS         | 10500 | 530.44    |
|      | 9/9/15  | Bamberger Polymers Inc     | 10500 | 31,500.00 |
|      | 9/9/15  | SPS COMMERCE               | 10500 | 99.00     |
|      | 9/9/15  | SPS COMMERCE               | 10500 | 1,430.00  |
|      | 9/9/15  | AMERICAN EXPRESS           | 10500 | 1,039.35  |
|      | 9/9/15  | ENOR CORP Payroll          | 10500 | 4,010.43  |
| 1098 | 9/9/15  | CASH                       | 10500 | 125.00    |
| 8785 | 9/9/15  | CASH                       | 11100 | 600.00    |
|      | 9/10/15 | TOYOTA FINACIAL SERVICES   | 10500 | 299.00    |
|      | 9/10/15 | IPFS CORPORATION           | 10500 | 2,996.38  |
|      | 9/10/15 | HORIZON BLUE CROSS/SHIELD  | 10500 | 334.58    |
|      | 9/10/15 | ENCLAVE BLYTHEWOOD         | 10500 | 1,465.00  |
|      | 9/10/15 | ENCLAVE BLYTHEWOOD         | 10500 | 1,225.00  |
|      | 9/10/15 | TD  BANK, N.A              | 10500 | 139.45    |
|      | 9/11/15 | CHUBB                      | 10500 | 737.69    |
| 2366 | 9/11/15 | VICTORY BOX CORP.          | 10500 | 11,481.05 |
|      | 9/11/15 | UNITED PARCEL SERVICE      | 10500 | 294.76    |
|      | 9/11/15 | CHASE CARD SERVICES        | 10500 | 417.00    |
|      | 9/11/15 | ENOR CORP Payroll          | 10500 | 13,770.73 |
| 8786 | 9/11/15 | CASH                       | 11100 | 400.00    |
| 2367 | 9/14/15 | CONSUMER TESTING LABS,INC  | 10500 | 122.36    |
| 2368 | 9/14/15 | Freightquote.com           | 10500 | 2,800.00  |
|      | 9/14/15 | Schneider National Inc     | 10500 | 845.00    |
|      | 9/14/15 | Total Quality Logistics    | 10500 | 1,025.00  |
| 2369 | 9/14/15 | LAKELAND BANK              | 10500 | 2,500.00  |
| 2370 | 9/14/15 | TRUVISTA                   | 10500 | 1,246.71  |
|      | 9/14/15 | Barclay card               | 10500 | 100.00    |
|      | 9/14/15 | Barclay card               | 10500 | 1,580.65  |
| 2371 | 9/14/15 | A & A OIL RECOVERY CO.     | 10500 | 700.00    |
|      | 9/14/15 | ENOR CORP Payroll          | 10500 | 2,593.79  |
| 8787 | 9/14/15 | CASH                       | 11100 | 500.00    |
|      | 9/15/15 | DIRECT CAPITAL CORPORATION | 10500 | 720.14    |
| 2136 | 9/15/15 | PSB Boisjoli LLP           | 10500 | 1,500.00  |
|      | 9/15/15 | ULINE                      | 10500 | 3,873.38  |
| 2372 | 9/15/15 | JEFFREY LANDSCAPING        | 10500 | 260.00    |
|      | 9/15/15 | Schneider National Inc     | 10500 | 3,012.00  |
|      | 9/15/15 | ENOR CORP Payroll          | 10500 | 893.16    |
|      | 9/15/15 | TD  BANK, N.A              | 10500 | 522.35    |
| WT   | 9/15/15 | Bamberger Polymers Inc     | 10500 | 21,352.32 |
| 8788 | 9/15/15 | CASH                       | 11100 | 500.00    |
|      | 9/16/15 | MERCEDES-BENZ CREDIT CORP  | 10500 | 329.74    |
| 2148 | 9/16/15 | INNOVATIVE PLASTICS        | 10500 | 790.00    |
| 2373 | 9/16/15 | SAM'S TRUCKING CO.         | 10500 | 750.00    |
|      | 9/16/15 | ENOR CORP Payroll          | 10500 | 25,789.10 |
|      | 9/16/15 | ENOR CORP Payroll          | 10500 | 10,760.18 |
| 2365 | 9/17/15 | ACE-WALCO PEST CONTROL     | 10500 | 511.64    |
| 2374 | 9/17/15 | Boswell Engineering        | 10500 | 1,500.00  |
| 2375 | 9/17/15 | SAM'S TRUCKING CO.         | 10500 | 750.00    |
| 2376 | 9/17/15 | ELECTRONIC DIE CORP.       | 10500 | 2,159.00  |
|      | 9/17/15 | ULINE                      | 10500 | 2,472.10  |

| | | | | |
|---|---|---|---|---:|
| 2377 | 9/17/15 | ROBERTO MARTINEZ | 10500 | 189.26 |
| 2378 | 9/17/15 | JENYFER LUNA | 10500 | 151.42 |
| 2379 | 9/17/15 | OLGA OCAMPO | 10500 | 262.07 |
| 2380 | 9/17/15 | ADAN LOPEZ | 10500 | 164.90 |
| 2381 | 9/17/15 | ESMERALDA R.SANTOS | 10500 | 217.60 |
| 2382 | 9/17/15 | AMPARO VILLADA | 10500 | 455.00 |
| 2383 | 9/17/15 | LIBIA GARCIA | 10500 | 100.18 |
| 2384 | 9/17/15 | ROCIO MONTES | 10500 | 199.98 |
| 2385 | 9/17/15 | Expert Custom Brokers | 10500 | 160.08 |
| | 9/17/15 | ALCO PACKAGING / AVISBAG. | 10500 | 2,562.64 |
| | 9/18/15 | UNITED PARCEL SERVICE | 10500 | 266.02 |
| | 9/18/15 | ENOR CORP Payroll | 10500 | 4,087.08 |
| 8790 | 9/18/15 | CASH | 11100 | 500.00 |
| 8791 | 9/18/15 | CASH | 11100 | 500.00 |
| | 9/18/15 | HORIZON BLUE CROSS/SHIELD | 10600 | 483.30 |
| | 9/18/15 | TD BANK, N.A | 10600 | 140.00 |
| | 9/21/15 | SUNTRUST | 10500 | 434.50 |
| 2386 | 9/21/15 | HOP INDUSTRIES | 10500 | 2,478.00 |
| 2389 | 9/21/15 | AUTOMATIC DATA PROCESSING | 10500 | 3,168.28 |
| 2390 | 9/21/15 | Freightquote.com | 10500 | 615.76 |
| | 9/21/15 | IPFS CORPORATION | 10500 | 15,334.89 |
| | 9/21/15 | HANOVER INSURANCE CO. | 10500 | 4,254.94 |
| | 9/21/15 | Barclay card | 10500 | 153.02 |
| | 9/21/15 | XEROX CORPORATION | 10500 | 198.92 |
| | 9/21/15 | E-ZPASS | 10500 | 500.00 |
| | 9/21/15 | Barclay card | 10500 | 1,000.00 |
| | 9/21/15 | ENOR CORP Payroll | 10500 | 2,320.09 |
| 2137 | 9/22/15 | PSB Boisjoli LLP | 10500 | 1,500.00 |
| 2393 | 9/22/15 | BTS | 10500 | 250.00 |
| 2396 | 9/22/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| 2401 | 9/22/15 | R O'Leary | 10500 | 203.30 |
| 2402 | 9/22/15 | TOWN OF WINNSBORO | 10500 | 15,099.87 |
| 2403 | 9/22/15 | AIG INSURANCE | 10500 | 10,755.50 |
| | 9/22/15 | CHASE AUTO FINANCE | 10500 | 529.00 |
| 2404 | 9/22/15 | EAST-WEST ELECTRICAL CONTRACTORS, INC. | 10500 | 775.00 |
| 2405 | 9/22/15 | MARTHA GUTIERREZ | 10500 | 1,026.00 |
| | 9/23/15 | M2 Lease Funds | 10500 | 638.00 |
| | 9/23/15 | M2 Lease Funds | 10500 | 665.00 |
| | 9/23/15 | HORIZON BLUE CROSS/SHIELD | 10500 | 317.95 |
| | 9/23/15 | CHASE CARD SERVICES | 10500 | 469.00 |
| | 9/23/15 | TD BANK, N.A | 10500 | 70.00 |
| | 9/23/15 | ENOR CORP Payroll | 10500 | 3,460.58 |
| | 9/24/15 | AXA EQUITABLE PAYMENT CENTER | 10500 | 649.83 |
| | 9/24/15 | AXA EQUITABLE PAYMENT CENTER | 10500 | 750.29 |
| 2387 | 9/24/15 | DINARDI LANDSCAPE DESIGN INC. | 10500 | 1,363.18 |
| | 9/24/15 | Bamberger Polymers Inc | 10500 | 16,134.80 |
| 8792 | 9/24/15 | CASH | 11100 | 700.00 |
| | 9/24/15 | CASH | 11100 | 179.07 |
| 2392 | 9/25/15 | 140 WALNUT STREET, LLC | 10500 | 8,715.77 |
| | 9/25/15 | ENOR CORP Payroll | 10500 | 455.74 |
| 2406 | 9/25/15 | THE TRUSTEES OF COLUMBIA UNIVERSITY | 10500 | 300.00 |
| 2407 | 9/25/15 | THE TRUSTEES OF COLUMBIA UNIVERSITY | 10500 | 262.00 |
| 2408 | 9/25/15 | SSI NORTH AMERICA | 10500 | 2,100.00 |
| 2409 | 9/25/15 | CASH | 10500 | 300.00 |
| 2410 | 9/25/15 | FAIRFIELD COUNTY  FAMILY COURT | 10500 | 937.44 |
| 2411 | 9/25/15 | NC Child Support Centalized Collections | 10500 | 548.30 |
| 2412 | 9/25/15 | CHESTER COUNTY FAMILY COURT | 10500 | 194.44 |
| 2413 | 9/25/15 | Douglas K. Nolan Trust Account | 10500 | 340.00 |
| 2415 | 9/25/15 | S.C.DEPARMENT OF REVENUE | 10500 | 1,032.49 |

| | | | | |
|---|---|---|---|---:|
| 2416 | 9/25/15 | S C Department of Employment and Workf | 10500 | 188.92 |
| | 9/25/15 | UNITED PARCEL SERVICE | 10500 | 403.26 |
| | 9/25/15 | ENOR CORP Payroll | 10500 | 18,590.01 |
| | 9/26/15 | AXA EQUITABLE PAYMENT CENTER | 10500 | 2,200.00 |
| 2388 | 9/28/15 | DINARDI LANDSCAPE DESIGN INC. | 10500 | 535.00 |
| | 9/28/15 | ENOR CORP Payroll | 10500 | 3,553.03 |
| | 9/28/15 | SHELL | 10500 | 49.12 |
| 1095 | 9/28/15 | FRANCISCO OSORIO | 10500 | 200.00 |
| 2138 | 9/29/15 | PSB Boisjoli LLP | 10500 | 1,326.00 |
| 2418 | 9/29/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| 2419 | 9/29/15 | DANIELLE DIE CUT PRODUCTS | 10500 | 966.25 |
| | 9/29/15 | CHASE CARD SERVICES | 10500 | 318.00 |
| | 9/29/15 | ENOR CORP Payroll | 10500 | 1,004.81 |
| | 9/29/15 | CASH | 11100 | 300.00 |
| 2420 | 9/30/15 | PSB Boisjoli LLP | 10500 | 747.00 |
| | 9/30/15 | XEROX CORPORATION | 10500 | 105.23 |
| | 9/30/15 | Barclay card | 10500 | 322.79 |
| | 9/30/15 | AT&T | 10500 | 484.22 |
| | 10/1/15 | TD BANK, N.A | 10500 | 9,756.00 |
| | 10/1/15 | ENOR CORP Payroll | 10500 | 626.23 |
| | 10/2/15 | CHASE AUTO FINANCE | 10500 | 264.54 |
| | 10/2/15 | WELLS FARGO FIN.LEASING | 10500 | 520.88 |
| | 10/2/15 | TD BANK, N.A | 10500 | 16,148.35 |
| 2425 | 10/2/15 | HANOVER INSURANCE CO. | 10500 | 5,960.16 |
| 2271 | 10/2/15 | CASH | 10500 | 250.00 |
| | 10/2/15 | XEROX CORPORATION | 10500 | 105.23 |
| | 10/2/15 | UNITED PARCEL SERVICE | 10500 | 182.27 |
| | 10/2/15 | AUTOMATIC DATA PROCESSING | 10500 | 307.92 |
| | 10/2/15 | HORIZON BLUE CROSS/SHIELD | 10500 | 334.58 |
| | 10/2/15 | Cresskill Cable | 10500 | 646.72 |
| | 10/2/15 | ENOR CORP Payroll | 10500 | 21,587.34 |
| | 10/4/15 | WELLS FARGO FIN.LEASING | 10500 | 520.08 |
| | 10/5/15 | | 10500 | 2,547.90 |
| | 10/5/15 | ENOR CORP Payroll | 10500 | 15,453.68 |
| 2429 | 10/5/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| 2430 | 10/5/15 | TOWN OF WINNSBORO | 10500 | 8,144.48 |
| 2431 | 10/5/15 | IPFS CORPORATION | 10500 | 2,991.38 |
| | 10/5/15 | ENOR CORP Payroll | 10500 | 1,544.78 |
| 2433 | 10/5/15 | SIMON & DEITZ LLC, CPA'S | 10500 | 3,475.00 |
| 2434 | 10/5/15 | QUALITY THERMOFORMING,INC | 10500 | 11,895.84 |
| | 10/5/15 | ULINE | 10500 | 3,957.22 |
| | 10/7/15 | UNITED HEALTH CARE INS CO. | 10500 | 165.12 |
| | 10/7/15 | ENOR CORP Payroll | 10500 | 7,668.75 |
| | 10/7/15 | CHUBB | 10500 | 950.40 |
| 2432 | 10/8/15 | JUSTIN TARICA | 10500 | 1,872.28 |
| | 10/8/15 | Bamberger Polymers Inc | 10500 | 15,960.00 |
| 2435 | 10/8/15 | KATALINA PERAZA | 10500 | 75.90 |
| 2436 | 10/8/15 | ROCIO MONTES | 10500 | 335.65 |
| 2437 | 10/8/15 | AMPARO VILLADA | 10500 | 455.00 |
| 2438 | 10/8/15 | LIBIA GARCIA | 10500 | 206.04 |
| 2439 | 10/8/15 | ROSALBA VELEZ | 10500 | 45.00 |
| 2440 | 10/8/15 | ESMERALDA R.SANTOS | 10500 | 429.71 |
| 2441 | 10/8/15 | KARINA CONDE COSTENO | 10500 | 112.50 |
| 2442 | 10/8/15 | ROBERTO MARTINEZ | 10500 | 454.83 |
| 2443 | 10/8/15 | JENYFER LUNA | 10500 | 279.08 |
| 2444 | 10/8/15 | ALEXANDRA FLORES | 10500 | 186.80 |
| 2445 | 10/8/15 | JOSE KEVIN CORTEZ | 10500 | 135.00 |
| 2446 | 10/8/15 | OLGA OCAMPO | 10500 | 166.17 |
| 2447 | 10/8/15 | ADAN LOPEZ | 10500 | 450.65 |

| | | | | |
|---|---|---|---|---|
| 2448 | 10/8/15 | NJSVS | 10500 | 150.00 |
| 2449 | 10/8/15 | AC TRANSFORMER CORP. | 10500 | 2,720.00 |
| 2450 | 10/8/15 | YODA TRUCKING CO. CORP. | 10500 | 285.00 |
| | 10/8/15 | Bamberger Polymers Inc | 10500 | 15,330.00 |
| | 10/8/15 | ENOR CORP Payroll | 10500 | 1,437.46 |
| | 10/8/15 | EXXONMOBIL | 10500 | 27.56 |
| 2451 | 10/8/15 | DR. TROKHAN | 10500 | 300.58 |
| | 10/9/15 | BANK OF AMERICA | 10500 | 500.00 |
| 2428 | 10/9/15 | WESTPHAL WASTE SERVICES, LTD. | 10500 | 1,877.31 |
| | 10/9/15 | SPS COMMERCE | 10500 | 99.00 |
| | 10/9/15 | UNITED PARCEL SERVICE | 10500 | 143.46 |
| | 10/9/15 | AMERICAN EXPRESS | 10500 | 728.34 |
| | 10/9/15 | ENCLAVE BLYTHEWOOD | 10500 | 1,220.00 |
| | 10/9/15 | ENCLAVE BLYTHEWOOD | 10500 | 1,460.00 |
| | 10/9/15 | SPS COMMERCE | 10500 | 1,430.00 |
| | 10/9/15 | ENOR CORP Payroll | 10500 | 10,401.60 |
| | 10/10/15 | TOYOTA FINACIAL SERVICES | 10500 | 299.00 |
| 2421 | 10/12/15 | PSB Boisjoli LLP | 10500 | 747.00 |
| 2452 | 10/13/15 | AIG INSURANCE | 10500 | 5,143.80 |
| | 10/13/15 | QUALITY THERMOFORMING,INC | 10500 | 4,377.00 |
| | 10/13/15 | REPUBLIC SERVICES | 10500 | 8,411.46 |
| 2453 | 10/13/15 | AMERICAN HOSE & HYDRAULICS | 10500 | 683.49 |
| | 10/13/15 | ROCKLAND ELECTRIC CO. | 10500 | 201.65 |
| 2454 | 10/13/15 | HANOVER INSURANCE CO. | 10500 | 1,867.67 |
| 2455 | 10/13/15 | WAL-MART STORES | 10500 | 29.00 |
| 2457 | 10/13/15 | U.S. LOGISTICS, INC | 10500 | 144.78 |
| 2458 | 10/13/15 | ROBERT MCKEOWN CO.,INC. | 10500 | 110.35 |
| 2459 | 10/13/15 | CASH | 10500 | 500.00 |
| | 10/13/15 | Barclay card | 10500 | 100.00 |
| | 10/13/15 | CHASE CARD SERVICES | 10500 | 413.00 |
| | 10/13/15 | AMERICAN EXPRESS | 10500 | 11,754.24 |
| | 10/13/15 | ENOR CORP Payroll | 10500 | 8,392.88 |
| | 10/13/15 | ULINE | 10500 | 2,504.63 |
| 2462 | 10/13/15 | ACE-WALCO PEST CONTROL | 10500 | 383.73 |
| 2463 | 10/13/15 | SAM'S TRUCKING CO. | 10500 | 1,175.00 |
| 2460 | 10/14/15 | PDM GROUP | 10500 | 2,146.84 |
| | 10/14/15 | Barclay card | 10500 | 393.59 |
| | 10/14/15 | ENOR CORP Payroll | 10500 | 341.34 |
| | 10/15/15 | DIRECT CAPITAL CORPORATION | 10500 | 686.68 |
| 2456 | 10/15/15 | SEALECTRIC CORPORATION | 10500 | 5,719.16 |
| 2464 | 10/15/15 | LAKELAND BANK | 10500 | 2,500.00 |
| | 10/16/15 | MERCEDES-BENZ CREDIT CORP | 10500 | 329.74 |
| | 10/16/15 | TD  BANK, N.A | 10500 | 1,128.35 |
| | 10/16/15 | ENOR CORP Payroll | 10500 | 26,186.49 |
| | 10/16/15 | ULINE | 10500 | 1,440.99 |
| | 10/16/15 | UNITED PARCEL SERVICE | 10500 | 29.52 |
| | 10/16/15 | TD  BANK, N.A | 10500 | 2,815.64 |
| | 10/16/15 | ENOR CORP Payroll | 10500 | 3,456.19 |
| 2422 | 10/19/15 | PSB Boisjoli LLP | 10500 | 747.00 |
| 2466 | 10/19/15 | ROCIO MONTES | 10500 | 267.65 |
| 2467 | 10/19/15 | OLGA OCAMPO | 10500 | 126.50 |
| 2468 | 10/19/15 | KATALINA PERAZA | 10500 | 45.00 |
| 2469 | 10/19/15 | LIBIA GARCIA | 10500 | 57.55 |
| 2470 | 10/19/15 | ROSALBA VELEZ | 10500 | 225.00 |
| 2471 | 10/19/15 | ALEXANDRA FLORES | 10500 | 270.00 |
| 2472 | 10/19/15 | JOSE KEVIN CORTEZ | 10500 | 225.00 |
| 2473 | 10/19/15 | ADAN LOPEZ | 10500 | 468.00 |
| 2474 | 10/19/15 | ESMERALDA R.SANTOS | 10500 | 345.28 |
| 2475 | 10/19/15 | JENYFER LUNA | 10500 | 185.18 |

| | | | | |
|---|---|---|---|---:|
| 2476 | 10/19/15 | ROBERTO MARTINEZ | 10500 | 271.59 |
| | 10/19/15 | Barclay card | 10500 | 155.06 |
| | 10/19/15 | Barclay card | 10500 | 1,000.00 |
| | 10/19/15 | HANOVER INSURANCE CO. | 10500 | 2,796.56 |
| | 10/19/15 | ENOR CORP Payroll | 10500 | 8,899.98 |
| | 10/20/15 | Cresskill Cable | 10500 | 666.72 |
| | 10/20/15 | ULINE | 10500 | 2,504.63 |
| | 10/20/15 | XEROX CORPORATION | 10500 | 381.19 |
| | 10/20/15 | ENOR CORP Payroll | 10500 | 4,951.58 |
| | 10/21/15 | SUNTRUST | 10500 | 434.50 |
| 2461 | 10/21/15 | PDM GROUP | 10500 | 6,460.52 |
| 2478 | 10/21/15 | HOP INDUSTRIES | 10500 | 2,478.00 |
| 2480 | 10/21/15 | AUTOMATIC DATA PROCESSING | 10500 | 2,826.74 |
| 2481 | 10/21/15 | TIEWRAPS.COM | 10500 | 3,260.00 |
| 2483 | 10/21/15 | VINYL MATERIALS INCORPORATED | 10500 | 3,920.00 |
| 1094 | 10/21/15 | CASH | 10500 | 125.00 |
| | 10/21/15 | Barclay card | 10500 | 1,000.98 |
| | 10/21/15 | ENOR CORP Payroll | 10500 | 1,328.80 |
| 8794 | 10/21/15 | CASH | 11100 | 200.00 |
| 2484 | 10/22/15 | Palmetto Compressors Inc | 10500 | 3,826.94 |
| | 10/22/15 | RABINOWITZ, LUBETKIN & TULLY, LLC | 10500 | 10,000.00 |
| | 10/22/15 | ONEIL COLOR & COMPOUNDING | 10500 | 840.00 |
| | 10/22/15 | Cresskill Cable | 10500 | 389.50 |
| | 10/22/15 | Bamberger Polymers Inc | 10500 | 15,330.00 |
| 2485 | 10/22/15 | MARTHA GUTIERREZ | 10500 | 1,026.00 |
| | 10/22/15 | CHASE AUTO FINANCE | 10500 | 529.00 |
| | 10/22/15 | TD  BANK, N.A | 10500 | 43.02 |
| | 10/22/15 | ENOR CORP Payroll | 10500 | 310.84 |
| | 10/23/15 | M2 Lease Funds | 10500 | 638.00 |
| | 10/23/15 | M2 Lease Funds | 10500 | 665.00 |
| 2486 | 10/23/15 | TOWN OF WINNSBORO | 10500 | 15,099.87 |
| | 10/23/15 | IPFS CORPORATION | 10500 | 15,334.89 |
| 2487 | 10/23/15 | DAVID TARICA | 10500 | 300.00 |
| 2488 | 10/23/15 | ELECTRONIC DIE CORP. | 10500 | 600.00 |
| 2489 | 10/23/15 | JEFFREY LANDSCAPING | 10500 | 520.00 |
| 8795 | 10/23/15 | CASH | 11100 | 300.00 |
| | 10/24/15 | AXA EQUITABLE PAYMENT CENTER | 10500 | 649.83 |
| | 10/24/15 | AXA EQUITABLE PAYMENT CENTER | 10500 | 750.29 |
| | 10/24/15 | AXA EQUITABLE PAYMENT CENTER | 10500 | 2,200.00 |
| 2423 | 10/26/15 | PSB Boisjoli LLP | 10500 | 797.00 |
| 2477 | 10/26/15 | SAM'S TRUCKING CO. | 10500 | 1,775.00 |
| 2479 | 10/26/15 | 140 WALNUT STREET, LLC | 10500 | 8,715.77 |
| | 10/26/15 | HANOVER INSURANCE CO. | 10500 | 5,960.16 |
| | 10/26/15 | UNITED PARCEL SERVICE | 10500 | 438.79 |
| | 10/26/15 | CHASE CARD SERVICES | 10500 | 466.00 |
| | 10/26/15 | ENOR CORP Payroll | 10500 | 18,699.19 |
| 2491 | 10/26/15 | MARTHA GUTIERREZ | 10500 | 1,305.22 |
| 2492 | 10/26/15 | RECEIVER GENERAL FOR CANADA | 10500 | 66.79 |
| 2493 | 10/26/15 | RECEIVER GENERAL FOR CANADA | 10500 | 200.96 |
| | 10/26/15 | XEROX CORPORATION | 10500 | 225.82 |
| | 10/26/15 | E-ZPASS | 10500 | 500.00 |
| 2494 | 10/27/15 | Universal Electric Motor Service Inc | 10500 | 818.55 |
| | 10/27/15 | SHELL | 10500 | 87.82 |
| | 10/27/15 | ENOR CORP Payroll | 10500 | 910.90 |
| 2495 | 10/27/15 | CONSUMER TESTING LABS,INC | 10500 | 125.66 |
| 2496 | 10/27/15 | SAM'S TRUCKING CO. | 10500 | 750.00 |
| 2497 | 10/27/15 | COHESION FREIGHT USA INC. | 10500 | 2,198.81 |
| 2498 | 10/27/15 | THERMAL LABEL WAREHOUSE, LLC | 10500 | 1,007.20 |
| 2499 | 10/27/15 | SAM'S TRUCKING CO. | 10500 | 600.00 |

| | | | | |
|---|---|---|---|---:|
| 2500 | 10/27/15 | RECEIVER GENERAL FOR CANADA | 10500 | 822.67 |
| 2482 | 10/28/15 | SSI NORTH AMERICA | 10500 | 12,950.00 |
| | 10/28/15 | ENOR CORP Payroll | 10500 | 563.95 |
| | 10/28/15 | ULINE | 10500 | 1,684.55 |
| | 10/29/15 | CHASE CARD SERVICES | 10500 | 321.00 |
| | 10/29/15 | AMERICAN EXPRESS | 10500 | 2,500.00 |
| | 10/29/15 | Bamberger Polymers Inc | 10500 | 15,960.00 |
| | 10/29/15 | RABINOWITZ, LUBETKIN & TULLY, LLC | 10500 | 10,000.00 |
| | 10/29/15 | ENOR CORP Payroll | 10500 | 20,242.15 |
| 2490 | 10/30/15 | AC TRANSFORMER CORP. | 10500 | 920.00 |
| | 10/30/15 | L G Machinery Service LLC | 10500 | 3,619.89 |
| | 10/30/15 | ULINE | 10500 | 3,226.84 |
| 2501 | 10/30/15 | ROCKLAND ELECTRIC COMPANY | 10500 | 15,000.00 |
| | 10/30/15 | CASH | 11100 | 250.00 |
| | 10/30/15 | CASH | 11100 | 250.00 |
| | 10/30/15 | CASH | 11100 | 1,000.00 |
| 2502 | 10/30/15 | KATALINA PERAZA | 10500 | 45.00 |
| 2503 | 10/30/15 | ROSALBA VELEZ | 10500 | 90.00 |
| 2504 | 10/30/15 | ALEXANDRA FLORES | 10500 | 119.70 |
| 2505 | 10/30/15 | JOSE KEVIN CORTEZ | 10500 | 90.00 |
| 2506 | 10/30/15 | ADAN LOPEZ | 10500 | 157.50 |
| 2507 | 10/30/15 | ROCIO MONTES | 10500 | 236.83 |
| 2508 | 10/30/15 | ESMERALDA R.SANTOS | 10500 | 477.80 |
| 2509 | 10/30/15 | JENYFER LUNA | 10500 | 422.04 |
| 2510 | 10/30/15 | OLGA OCAMPO | 10500 | 136.75 |
| 2511 | 10/30/15 | ROBERTO MARTINEZ | 10500 | 295.25 |
| | 10/30/15 | UNITED PARCEL SERVICE | 10500 | 286.31 |
| | 10/30/15 | AUTOMATIC DATA PROCESSING | 10500 | 307.92 |
| | 10/30/15 | QINGDAO YANKANG PLASTIC MACHINERY | 10500 | 200.00 |
| | 10/30/15 | ENOR CORP Payroll | 10500 | 17,539.89 |
| | 11/1/15 | TD  BANK, N.A | 10500 | 9,756.00 |
| | 11/2/15 | CHASE AUTO FINANCE | 10500 | 264.54 |
| | 11/2/15 | WELLS FARGO FIN.LEASING | 10500 | 520.88 |
| | 11/2/15 | TD  BANK, N.A | 10500 | 16,143.00 |
| 2424 | 11/2/15 | PSB Boisjoli LLP | 10500 | 697.00 |
| **Total** | | | | **1,457,631.16** |

Debtor   **Enor Corporation**                                    Case number *(if known)* _____

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:  Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:  Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rabinowitz, Lubetkin & Tully, LLC** <br> **293 Eisenhower Parkway** <br> **Suite 100** <br> **Livingston, NJ 07039** | | **August 5, 2015 and thereafter** | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

Debtor    **Enor Corporation**                                                    Case number (*if known*)

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below.

Name of plan                                                    Employer identification number of the plan
**ENOR CORPORATION, INC 401K PLAN**                             EIN:  **04-0025081**

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Enor Corporation**                                      Case number *(if known)* _____

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Lakeland Bank**<br>**250 Oak Ridge Road**<br>**Oak Ridge, NJ 07438** | XXXX-2813 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **$0**<br>2/288/2015 | $0.00 |
| 18.2. | **Lakeland Bank**<br>**250 Oak Ridge Road**<br>**Oak Ridge, NJ 07438** | XXXX-2847 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **$0**<br>2/28/2015 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 5

Debtor    **Enor Corporation**                                                    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Yolanda Palaez** **60 J Howard Drive** **Bergenfield, NJ 07620** | 8/4/1998 - 2/20/2015 |
| 26a.2.    **Shanker Iyer** **87-10 Grand Ave, Apt 4D** **Elmhurst, NY 11373** | 2/23/2015 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Rosen Seymour Shapss Martin & Co LLP** **757 Third Avenue** **New York, NY 10017** | **Until September 2014** |

Debtor    **Enor Corporation**                                          Case number *(if known)* _____

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | **Friedman LLP<br>1700 Broadway<br>New York, NY 10019** | **October 2014 – present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Enor Corporation<br>245 Livingston St<br>Northvale, NJ 07647** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **TD Bank<br>1501 Main Street<br>Columbia, SC 29205** |
| 26d.2. | **Lakeland Bank<br>250 Oak Ridge Road<br>Oak Ridge, NJ 07438** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Roy Udwin & Francisco Osorio** | **6/30/2015, 7/30/2015 and 11/30/2015** | **$966,619.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Roy Udwin<br>245 Livingston Street<br>Northvale, NJ 07647** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven C Udwin** | **23 Suffolk Lane<br>Tenafly, NJ 07670** | | **Ownership 50%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **David Tarica** | **36 Dean Dr<br>Tenafly, NJ 07670** | | **Ownership 50%** |

Debtor    **Enor Corporation**                                    Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 |  | $1,000 | 9/2/14 |  |
|  |  | $2,000 | 9/11/14 |  |
|  |  | $1,000 | 10/7/14 |  |
|  |  | $1,500 | 10/21/14 |  |
|  |  | $1,000 | 10/28/14 |  |
|  |  | $1,000 | 10/28/14 |  |
|  |  | $1,000 | 11/6/14 |  |
|  |  | $5,000 | 11/10/14 |  |
|  |  | $2,000 | 11/30/14 |  |
|  |  | $1,000 | 11/30/14 |  |
|  |  | $1,000 | 12/26/14 |  |
|  |  | $1000 | 2/9/15 |  |
|  |  | $2,598.40 | 2/9/15 |  |
|  |  | $1,000 | 2/23/15 |  |
|  |  | $1,000 | 3/18/15 |  |
|  |  | $1,000 | 4/28/15 |  |
|  | David Tarica | $1,000 | 5/27/15 |  |
|  | 36 Dean Drive | $1,000 | 7/1/15 |  |
|  | Tenafly, NJ 07670 | $750.70 | 7/14/15 |  |
|  | **Relationship to debtor**<br>Owner |  |  |  |

Debtor    **Enor Corporation**                                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 | $4,000 | 9/8/14 | |
| | $643.07 | 9/11/14 | |
| | $2,500 | 9/12/14 | |
| | $2,000 | 9/17/14 | |
| | $1,000 | 9/22/14 | |
| | $1,500 | 10/6/14 | |
| | $2,200 | 11/4/14 | |
| | $1,000 | 11/6/14 | |
| | $2,500 | 11/7/14 | |
| | $2,200 | 11/10/14 | |
| | $1,500 | 11/10/14 | |
| | $1,500 | 11/13/14 | |
| | $2,200 | 11/30/14 | |
| | $2,500 | 12/15/14 | |
| | $2651.89 | 12/17/14 | |
| | $24.75 | 1/5/15 | |
| | $2,200 | 1/8/15 | |
| | $1,259.70 | 1/30/15 | |
| | $2,500 | 2/13/15 | |
| | $1,845.75 | 2/16/15 | |
| | $2,500 | 3/3/15 | |
| | $2,500 | 3/13/15 | |
| | $500 | 4/8/15 | |
| | $2,000 | 4/10/15 | |
| Steven C. Udwin | $2,500 | 4/13/15 | |
| 23 Suffolk Lane | $2,500 | 5/15/15 | |
| Tenafly, NJ 07670 | $500 | 7/9/15 | |
| **Relationship to debtor** Owner | | | |
| 30.3 | $210 | 10/6/14 | |
| **Dennis Udwin** | $2,500 | 6/12/15 | |
| | $1,123.47 | 7/21/15 | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

   Name of the parent corporation                                    Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

   Name of the parent corporation                                    Employer Identification number of the parent corporation

Debtor    **Enor Corporation**                                                                   Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection
> with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December  2, 2015**     _____

**/s/ Steven Udwin** _____         **Steven Udwin** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor        _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re    **Enor Corporation** _____    Case No. _____
                                            Debtor(s)        Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................    $ _____ **25,000.00**

    Prior to the filing of this statement I have received ................................    $ _____ **25,000.00**

    Balance Due ..........................................................................................    $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December  2, 2015** _____    **/s/ Jeffrey A. Cooper** _____
*Date*                                               **Jeffrey A. Cooper**
                                                     *Signature of Attorney*
                                                     **Rabinowitz, Lubetkin & Tully, LLC**
                                                     **293 Eisenhower Parkway**
                                                     **Suite 100**
                                                     **Livingston, NJ 07039**
                                                     **973-597-9100  Fax: 973-597-9119**
                                                     *Name of law firm*

---

# United States Bankruptcy Court
## District of New Jersey

In re   **Enor Corporation**
_____   Case No. _____
                    Debtor(s)   Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December  2, 2015**
_____   Signature   **/s/ Steven Udwin**
                             **Steven Udwin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of New Jersey**

In re    **Enor Corporation**                                      Case No. _____

                                         Debtor(s)            Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December  2, 2015** _____        **/s/ Steven Udwin** _____

                                              **Steven Udwin/**
                                              Signer/Title

140 Walnut Street LLC
177 Veterans Dr
Northvale, NJ


245 Livingston, LLC
c/o Enor Corporation
245 Livingston St.
Northvale, NJ 07647


A T & T
PO Box 10330
Fort Wayne, IN 46851


AC Transformer
89 Madison St
Newark, NJ 07105


Ace-Walco Pest Control
138 E Edgar Rd PO Box 4130
Linden, NJ 07036


Acosta Nolasco, Gilma
135 W Nyack Rd
Apt 24
Nanuet, NY 10954


Acosta, Olga
20 Norris St
Garnerville, NY 10923


ACS Auxiliaries Group Inc
2900 S 160th St.
New Berlin, WI 53151


Addison, Oscar
127 1/2 S Zion St
Winnsboro, SC 29180


ADP
One ADP Drive MS-100
Augusta, GA 30909


Aguilar Landaverde, Otilia
234 W Englewood Ave
Englewood, NJ 07631

Aguirre, Jose F.
35 Edward St.
Sparkill, NY 10976


AIG Insurance (WC)
22427 Network Place
Chicago, IL 60673


AIN Plastics Division
60 Fullerton Ave
Yonkers, NY 10704


Alexander, Lashonda
171 Cypress Dr
Winnsboro, SC 29180


American Express
PO Box 1270
Newark, NJ 07101


American Hose & Hydraulics
700 21st Ave
Paterson, NJ 07513


Angel Granillo, Elena B.
70 S. Midland Ave
Nyack, NY 10960


Aranguren, Deyanira
246 PINDLE AVENUE
2ND. FLOOR
Englewood, NJ 07631


Ashford, Jackqueline
81 Ella Ln
Winnsboro, SC 29180


Atlantic Coast Trucking LLC
6 Ramland Rd
Orangeburg, NY 10962


Atlantic Kenmark Electric Inc
11 Ewing Ave
North Arlington, NJ 07031

Borough Of Northvale
116 Paris Avenue
Northvale, NJ 07647


Brice's Plumbing  SC
506 STATE HIGHWAY 200
Winnsboro, SC 29180


Bureau Veritas HK
Room 23-25, 10/F., Pacific Trade Centre
2 Kai Hing Road, Kowloon Bay
Kowloon, Hong Kong


Bureau Veritas US
14624 Collections Center Drive
Chicago, IL 60693


C & C Lift/Truck
30 Parkway Pl
Edison, NJ 08837


Camargo, Sandra
196 Howard Drive
Apt. 13
Bergenfield, NJ 07621


Central Transport
271 Norman Ave
Brooklyn, NY 11222


Chavez, Otniel
41 Reid Ave
Apt 1
Bergenfield, NJ 07621


Chep USA
15226 Collections Center Drive
Chicago, IL 60693


Chinchilla Cabrejo, Rosa E.
60 S Cole Ave
Spring Valley, NY 10977

Clack, Randy
3 Dawsons Creek Ct
Blythewood, SC 29016


Cobb Tool Inc
5886 Dodgen Rd SW
Mableton, GA 30126


Cockrell, Keith
849 Hughes Rd
Chester, SC 29706


Colindres, Doris
267 Howland Ave.
Englewood, NJ 07631


Color Carton Corporation
341 Canal Place
Bronx, NY 10451


Colorco
1261 W.Elizabeth Avenue
Linden, NJ 07036


Columbia Fire & Safety Inc
767 Meeting St
West Columbia, SC 29169


Command Transportation
7500 Frontage Rd
Skokie, IL 60077


Conde, Hortencia
7 West Clinton Ave.
Tenafly, NJ 07670


Conde, Karina
156 Tenafly Rd
Englewood, NJ 07631


Consumer Testing Labs
611 Dream Valley Road
Rogers, AR 72756

Coyote
PO Box 742636
Atlanta, GA 30374


Craig, Yatill
1452 Two Creek Rd
Blackstock, SC 29014


David Tarica
36 Dean Drive
Tenafly, NJ 07670


Davis, Brittany
136 Icon Ln
Blackstock, SC 29014


De La Cruz, Alejandro
605 W- 182 St.
Apt.# 34
New York, NY 10033


De La Cruz, Ana
605 W 182 St
Apt 34
New York, NY 10033


De La Rosa, Mirna
244 White Street
Englewood, NJ 07631


Delcor Polymers
2536 Winterbrooke Drive
Matthews, NC 28105


Diaz, Lourdes
144 West End Ave
2nd Floor
Englewood, NJ 07631


Direct Capital
155 Commerce way
Portsmouth, NH 03801

Dominguez, Ernestina
85 W Palisades Ave
Englewood, NJ 07631


Dominguez, Maria
38 Prospect St
Nyack, NY 10960


Duque, Luz
203 Pleran St
Northvale, NJ 07647


East Coast Transport LLC
195 Borelli Blvd
Paulsboro, NJ 08006


East West Electrical Contractors Inc
19 Tyson Pl
Bergenfield, NJ 07631


Echo Molding
 911 Springfield Rd # 1
Union, NJ 07083


Electric Control & Supply
PO Box 3415
Columbia, SC 29230


Electronic Die Corp
89 19th St
Brooklyn, NY 11232


Enor SC Corporation
c/o Enor Corporation
245 Livingston St.
Northvale, NJ 07647


Enriquez, Maria Antonia
287 Pindle Ave
Englewood, NJ 07631


Fairfield Memorial Hospital
303 NW 11th St
Fairfield, IL 62837

Fernandez, Xiomara
177 Nagle Ave.
Apt. #5m
New York, NY 10034


Figueroa, Donain
70 S Midland Ave
Nyack, NY 10960


Figueroa, Jennifer
38 Prospect St
Nyack, NY 10960


Figueroa, Ricardo
38 Prospect St
Nyack, NY 10960


Flores-Ordonez, Celvin
101 E Sheffield Ave
Englewood, NJ 07631


Gaither, Otis
121 Green St
Winnsboro, SC 29180


Galvez, Franklin D.
524 W- 184th Street
Apt. # 3-A
New York, NY 10033


Garcia Ramirez, Maria
289 Harrington Ave
Closter, NJ 07624


Garcia, Maria
82 Henry Street
Apt. I
Englewood, NJ 07631


Garcia, Marta L
31 N Dean St
Englewood, NJ 07631

Garcia, Zeltzin
172 Third Street
Englewood, NJ 07631


GlobalTranz
5415 E. High St. Suite 460
Phoenix, AZ 85054


Goins, Linda
647 US Hwy 321 Bypass S
Winnsboro, SC 29180


Gomes, Amanda
116 Ostego Pl
Englewood, NJ 07631


Gomez, Gloria
215 New Milford Ave
Apt 1
Dumont, NJ 07628


Gomez, Miguel
233 Courtney Rd
Winnsboro, SC 29180


Guillen, Linda
37 South Marie Francis St
Tappan, NY 10983


Gutierrez, Martha
425 Tenafly Rd
Englewood, NJ 07631


H. Muehlstein & Co. Inc.
PO Box 25084
Lehigh Valley, PA 18002


Hager Law PLLC
11 Broadway Suite 615
New York, NY 10004


Haynsworth Boyd
134 Meeting St # 300
Charleston, SC 29401

Henao, Luz M.
125 Morse Pl
Englewood, NJ 07631


Hernandez, Alex
38 West Street
Nyack, NY 10960


Hernandez, Daysi
86-88 Henry St.
Englewood, NJ 07631


Hernandez, Maria
156 Tenafly Rd
Englewood, NJ 07631


Herrera, Beatriz
7 W. Clinton Ave.
2nd. Floor
Tenafly, NJ 07670


Hill, Henrietta
408 Old Reservoir Rd
Winnsboro, SC 29180


Hobgood Electric & Machinery Co. Inc.
10330 Monticello Rd
Winnsboro, SC 29180


Hurtado, Gloria A.
120 Grand Ave.
Apt. # B5
Englewood, NJ 07631


Innovative Plastics NY
400 Route 303
Orangeburg, NY 10962


Innovative Plastics SC
30 Commerce Blvd
Ridgeway, SC 29130

Internal Revenue Service
Special Procedures Branch
Attn: Bankruptcy Section
PO Box 744
Springfield, NJ 07081


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Isaac, LaQuanda
33 Strawberry Ln
Winnsboro, SC 29180


Isaza, Erika
192 Humphrey Street
Englewood, NJ 07631


Iyer Shanker
87 10 Grand Avenue
4D
Elmhurst, NY 11373


J.B.Hunt Transport Inc
8 Capica Ct
South Amboy, NJ 08879


Jack Pedowitz Machinery Movers
3240 Lawrence Avenue
Oceanside, NY 11572


Jake & Crew LLC
c/o Timothy M. Haggerty
Friedman Kaplan Seiler & Adelman LLP
One Gateway Center, 25th Floor
Newark, NJ 07101


John Peters Professional Limo
55 Walnut St #102b
Norwood, NJ 07648


JPG North America Inc
1501 42nd St, Ste 470
West Des Moines, IA 50266

JW Hampton Jr. & Co.
161-15 Rockaway Blvd.
Jamaica, NY 11434


L G Machinery Service LLC
375 International Park Suite 400
Newnan, GA 30265


Ladas Parry LLP
1040 6th Ave
New York, NY 10018


Lakeland Bank
c/oMcElroy, Deutsch, Mulvaney &Carpenter
1300 Mt Kemble Ave
Morristown, NJ 07962


Lakeland Bank Mortgage
250 Oak Ridge Road
Oak Ridge, NJ 07438


Lehigh Polymers
11 McFadden Rd
Easton, PA 18045


Lewis, Timothy
334 Morris Creek Rd
Winnsboro, SC 29180


Lezama, Dulce M
204 Livingston St
Northvale, NJ 07647


Lopez, Catalina
260 Engle St
Apt 5G
Englewood, NJ 07631


Lopez, Marco A.
190 Old Tappan Rd.
Tappan, NY 10983

Lopez, Maria
51 Highland Ave
Apt 2
Piermont, NY 10968


Lorco Petroleum Services
450 S Front St
Elizabeth, NJ 07202


M2 Lease Funds
175 North Patrick Boulevard
Brookfield, WI 53045


M2 Lease Funds
175 North Patrick Boulevard
Brookfield, WI 53045


Marose, Gloria C
81 Gray Street
Bogota, NJ 07603


Martinez, Camelia
85 Rt 303
Tappan, NY 10983


Martinez, Elda Mariela
17 Main St
Tappan, NY 10983


Martinez, Laura
540 Columbia Rd
Winnsboro, SC 29180


Martinez, Maria Del Socorro
305 Oak Tree Rd.
Palisades, NY 10964


Martinez, Marivel A.
293 W. Palisade Ave.
Englewood, NJ 07631


Mateo-Vasquez, Carlos O
63 John St.
Closter, NJ 07624

Mejia's Delivery Inc
 8 Glenmore Ave
Brentwood, NY 11717


Mendes, Sofia
273 High Ave
Nyack, NY 10960


Menjivar, Maria
212 W Englewood Ave
Englewood, NJ 07631


Midlands Fire Protection, Inc
10125 Farrow Rd
Blythewood, SC 29016


Montenegro, Gregoria
63 John St
Closter, NJ 07624


Montes, Beatriz
226 Cambridge Ave
Englewood, NJ 07631


Moran, Vilma Yolanda
218 Closter Dock Rd
Closter, NJ 07624


Norena, Clemencia
202 Waldo Pl
Englewood, NJ 07631


North East Fire & Safety Equip Co Inc
192 Railroad Ave
Northvale, NJ 07647


Oak Tree Printing
88 NY-303
Tappan, NY 10983


Old Dominion Freight Line Inc
500 Old Dominion Way
Thomasville, NC 27360

Open Text GXS
9711Washingtonian Blvd
Suite 700
Gaithersburg, MD 20878


Ordonez, Delmis
256 Phelps Ave.
Bergenfield, NJ 07621


Orellana, Misael
6 Cedar Ave
Orangeburg, NY 10962


Ortiz, Juana
279 High Ave
Nyack, NY 10960


Osorio, Andres
276 Engle St
Apt 8A
Englewood, NJ 07631


Osorio, Francisco J
176 Park Avenue
Dumont, NJ 07628


Ossa, Fabiola
143 Tenafly Rd.
Apt.# 5g
Englewood, NJ 07631


Owens, Lakia
161 Hill Top Dr
Winnsboro, SC 29180


Palma, Jaime
85- Route 303
Tappan, NY 10983


Palmetto Compressors Inc
302 Hughes St
Fountain Inn, SC 29644

Pareja, Flor Alba
95 W. CHURCH ST.
Bergenfield, NJ 07621


PDM Group
1258 Cranbury South River Rd
Cranbury, NJ 08512


Pegasus Residential LLC
10682 Two Notch Rd.
Elgin, SC 29045


Pelaez, Maria P.
231 W. Palisade Ave.
Englewood, NJ 07631


Pena Hernandez, Maria Arcilia
158 W. Englewood Ave
Englewood, NJ 07631


Pena, Maria Elena
49 Bennett Rd
Englewood, NJ 07631


Precision Equipment & Design LLC
1131 US-321 BUS
Winnsboro, SC 29180


Preferred Plastic Packaging Co.
681 Main St
Linden, NJ 07036


President Container
200 W Commercial Ave
Moonachie, NJ 07074


Prioleau, Pokita
213 N Vanderhorst St
Winnsboro, SC 29180


PSB Boisjoli LLP
3333 Graham Boulevard
Suite 400
Montreal, H3R 3L5, QC

PSE&G
 400 Victoria Terrace
Ridgefield, NJ 07657


PSE&G
 400 Victoria Terrace
Ridgefield, NJ 07657


Quality Thermoforming Iinc SC
131 Southchase Blvd
Fountain Inn, SC 29644


Quijada, Dora M
52 Broadway Ash St.
Piermont, NY 10968


Quinde, Dora
154 W. Demarest Ave.
2nd Floor
Englewood, NJ 07631


R, O'leary
44 Glenwood Dr N
Bergenfield, NJ 07621


Ramirez, Ericka
187 John St
Englewood, NJ 07631


Remus Holdings, Inc.
c/o Paul N. Silverstein, Esq.
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017


Republic Services
3168 Charleston Hwy
West Columbia, SC 29172


Reynoso, Ennio
225 W 129 St
Apt 9H
New York, NY 10027

Rockland Electric
1 Blue Hill Plaza
Pearl River, NY 10965


Rodas, Beatriz
60 Route 9w
Apt. B6
Piermont, NY 10968


Rodriguez, Elda
34 S Harrison Ave
Congers, NY 10920


Roman, Rosalba
111 West St
Englewood, NJ 07631


Rosales, Claudia
7 West Clinton Ave.
Tenafly, NJ 07670


Rueda, Helen M
166 Howard Drive
Apt. E
Bergenfield, NJ 07621


Sanchez, Alberto
23k Howard Dr
Bergenfield, NJ 07621


Santana, Jean
188 Western Hwy 1
Tappan, NY 10983


Sealectric Corporation
36 Getty Ave
Clifton, NJ 07011


Segura, Guillermo
1476-68th Street
Apt. #1
North Bergen, NJ 07047

Sendlenski, Aaron
136 Tenth St
Winnsboro, SC 29180


Silva, Eva Y.
218 Closter Dock Rd
Closter, NJ 07624


Simon & Deitz, LLC
42 E Main St #204
Freehold, NJ 07728


Sims, Michael
20 Belvedere Ct
Winnsboro, SC 29180


Southeastern Freight Lines
420 Davega Road
Lexington, SC 29073


Staples
PO Box 183174
Columbus, OH 43218


State of New Jersey
Division of Taxation
Gross Income Tax
50 Barrack Street
Trenton, NJ 08625


Steven C. Udwin
23 Suffolk Lane
Tenafly, NJ 07670


Stonefield Engineering & Design
75 Orient Way, Suite 303
Rutherford, NJ 07070


Streamline Plastics
2590 Park Ave
Bronx, NY 10451


Tarica, Helene Norma
2000 Linwood Ave #3p
Fort Lee, NJ 07024

Tarica, Justin
2100 Linwood Avenue
Apt. 2S
Fort Lee, NJ 07024


TD Bank
1501 Main Street
Columbia, SC 29205


TD Bank
1501 Main Street
Columbia, SC 29205


Telson Corp
PO Box 660
Bergenfield, NJ 07621


Temptek
525 East Stop 18 Road
Greenwood, IN 46142


Town of Winnsboro/Utility
PO Box 209
Winnsboro, SC 29180


Tri State/Perfection Knife Grinding
3 S Gold Dr
Trenton, NJ 08691


U S Logistics Inc
350 Benigno Blvd
Bellmawr, NJ 08031


Udwin, Dennis
23 Suffolk Ln
Tenafly, NJ 07670


Udwin, Roy N
19 Willis Dr
Closter, NJ 07624


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

UPS
28013 Network Place
Chicago, IL 60673


Urgiles, Maria
110 Clove Ave.
Haverstraw, NY 10927


Uribe Gil, Julian
150 Tryon Ave
Apt F 11
Englewood, NJ 07631


Uribe, Magda Luz
6502 Polk St
West New York, NJ 07093


Valencia, Adriana
260 Hwoland St.
Englewood, NJ 07631


Valencia, Jesus A.
62 Hille Pl.
Ridgefield Park, NJ 07660


Vasquez, Ana Mercedes
140 Howard Drive
Bergenfield, NJ 07621


Veca, Catherine
101 E Sheffield ave
Englewood, NJ 07631


Velasquez, Norma
180 Franklin St
Nyack, NY 10960


Viatech Publishing Solutions
4434 Mcewen Rd
Dallas, TX 75244


Vicario, Mariana
42 W Railroad Ave.
Tenafly, NJ 07670

Victory Box Corporation
645 West 1st Avenue
Roselle, NJ 07203


VMI
365 Bayshore Road
Deer Park, NY 11729


Von Glahn, Darlene R
20 Poplar St
Cresskill, NJ 07626


Walgreens
200 Wilmot Rd
Deerfield, IL 60015


Walker, Jimmy
3672 Kincaid Bridge Rd
Winnsboro, SC 29180


Washington, Lashunda
415 South Garden St
Winnsboro, SC 29180


Waste Management
215 Varick Avenue
Brooklyn, NY 11237


WBG Guimarin
1124 Bluff Industrial Blvd
Columbia, SC 29201


Weldon, Sha'Donna
170 Harmony Circle
Ridgeway, SC 29130


Wells Fargo Equipment Finance
PO Box 7777
San Francisco, CA 94120


Westphal Waste Services Inc
14 Jay St
Norwood, NJ 07648

Wilburn, Beatrice
14 High Hill Rd
Winnsboro, SC 29180


Willingham, Carolyn
2179 Heyward Brockington Rd
Bowling Green, SC 29703


Wilson, Dedra
216 Patton St
Winnsboro, SC 29180


Wise, James
65 Brantley Ave
Ridgeway, SC 29130


Worthy, Antonio
615 Janice Reeves Rd
Ridgeway, SC 29130


Young, Gregory
89 Westgate Dr
Winnsboro, SC 29180


Young, Tawanda
400 Plamer St
Winnsboro, SC 29180


YRC Freight
10990 Roe Avenue
Overland Park, KS 66211


Zuniga, Gladis A.
154 W. Demarest Ave.
2nd Floor
Bergenfield, NJ 07621

# United States Bankruptcy Court
## District of New Jersey

In re    **Enor Corporation**
_____
Debtor(s)

Case No. _____
Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Enor Corporation**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  2, 2015**
_____
Date

**/s/ Jeffrey A. Cooper**
_____
**Jeffrey A. Cooper**
Signature of Attorney or Litigant
Counsel for    **Enor Corporation**
_____
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100 Fax:973-597-9119**